# EXHIBIT A

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

ER

## COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, ss.**                    **SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT C.A. NO.:**

Korey Crane, individually and on behalf of all others similarly situated,

                                Plaintiff,

        v.

The Cheesecake Factory, Inc.,

                                Defendant.

**CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

Plaintiff Korey Crane ("Plaintiff"), by and through his attorneys, makes the following allegations pursuant to the investigation of his counsel and based upon information and belief, except as to allegations specifically pertaining to himself and his counsel, which are based on personal knowledge, against Defendant The Cheesecake Factory, Inc. ("Defendant" or "Cheesecake Factory").

### NATURE OF THE ACTION

1.      Mass. Gen. Laws ch. 149, § 19B(2)(b) requires all applications for employment within the Commonwealth to contain a notice of job applicants' and employees' rights concerning lie detector tests.

2.      Despite this abundantly clear mandate, Defendant does not provide such written notice of rights in its Massachusetts job applications.

3.      Under Mass. Gen. Laws ch. 149, § 19B(4), persons aggrieved by a violation of Mass. Gen. Laws ch. 149, § 19B(2) have a private right of action for such violations, for injunctive relief and damages, including minimum statutory damages of $500 per violation.

4.      Mass. Gen. Laws ch. 149, § 19B(4) also expressly authorizes class actions, providing that a civil action may be brought by a person "in his own name and on his own

1

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

behalf, or for himself and, for other [sic] similarly situated."

5.    Thus, pursuant to Mass. Gen. Laws ch. 149, § 19B(4), Plaintiff brings this action, on behalf of himself and those similarly situated, to redress Defendant's violations of Mass. Gen. Laws ch. 149, § 19B(2)(b).

## PARTIES

6.    Plaintiff Korey Crane is a citizen of Massachusetts who resides in Boston, Massachusetts.  In or around February 2025, while located in Massachusetts, Plaintiff applied to work as a Server at Defendant's location in Boston, Massachusetts.  However, in his Cheesecake Factory Massachusetts-based job application, Plaintiff was not provided the notice of his rights concerning lie detector tests that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b).

7.    Defendant The Cheesecake Factory, Inc. is a Delaware corporation with its principal place of business at 26901 Malibu Hills Road, Calabasas Hills, California 91301. Defendant operates throughout and employs a significant number of residents in Massachusetts. Defendant targets its job applications at prospective employees whom it knows to reside in Massachusetts.

## JURISDICTION AND VENUE

8.    This Court has jurisdiction over this matter pursuant to Mass. Gen. Laws ch. 212, §§ 3 and 4 because this is a civil action where the aggregate claims of all members of the proposed class are in excess of $50,000, exclusive of interest and costs.

9.    The Court has personal jurisdiction over Defendant pursuant to Mass. Gen. Laws ch. 223A § 3(a), (b), and (e) because Defendant regularly transacts business in the Commonwealth, Defendant contracts to supply services or things in the Commonwealth, and Defendant has an interest in, uses, and possesses real property in the Commonwealth.

10.    Venue is proper in the Business Litigation Session ("BLS"), pursuant to Superior

2

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

Court Administrative Directive No. 24-1, because this case is complex and is brought as a class

action which will require substantial case management.

## FACTUAL ALLEGATIONS

11.    On December 16, 1985,[1] Massachusetts enacted 1985 Mass. Acts Chapter 587,[2]

introduced as HB 6908[3] and codified at Mass. Gen. Laws ch. 149, § 19B.

12.    Mass. Gen. Laws ch. 149, § 19B(2)(b) provides:

> All applications for employment within the commonwealth shall contain
> the following notice which shall be in clearly legible print:

> "It is unlawful in Massachusetts to require or administer a lie detector test
> as a condition of employment or continued employment. An employer
> who violates this law shall be subject to criminal penalties and civil
> liability."

13.    In plain violation of the law, Defendant does not provide such written notice of

rights in its applications for Cheesecake Factory Massachusetts-based jobs.

14.    Indeed, searches for the terms "lie detector" and/or "condition of employment"

on Defendant's websites listing job openings, information, and applications – cakecareers.com

and hourlyjobs-cakecareers.icims.com – yield no results.

15.    Plaintiff's counsel surveyed numerous job applications that Defendant has made

publicly available via the *supra* websites. **None** of Defendant's job applications viewed by

Plaintiff's counsel complied with Mass. Gen. Laws ch. 149, § 19B(2)(b).  *See* Ex. 1-2.[4]

---

[1] *See, e.g.*, 1985 Journal of the House of Representatives of the Commonwealth of Massachusetts (https://archives.lib.state.ma.us/handle/2452/796446); 1985 Bill History at p. 3388 (https://archives.lib.state.ma.us/ bitstream/handle/2452/796446/1985-House-03-BillHistory.pdf?sequence=15&isAllowed=y).

[2] https://archives.lib.state.ma.us/handle/2452/40042.

[3] http://archives.lib.state.ma.us/handle/2452/602897.

[4] Ex. 1 pertains to Job Req ID 3288 (available at https://www.cakecareers.com/main/jobs/3288?lang=en-us). Ex. 2 pertains to Job Req ID 17255 (available at https://www.cakecareers.com/main/jobs/17255?lang=en-us).

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

16.     Plaintiff and Class members were aggrieved because they were bona-fide applicants for jobs with Defendant, and Defendant deprived them of their statutorily guaranteed right to the notice provided for by Mass. Gen. Laws ch. 149, § 19B(2)(b).

### CLASS REPRESENTATION ALLEGATIONS

17.     Plaintiff seeks to represent a class defined as

All persons who applied for a Massachusetts-based position of employment with Defendant (the "Class").

18.     Members of the Class are so numerous that their individual joinder herein is impracticable.  On information and belief, members of the Class number in the thousands.  The precise number of Class members and their identities are unknown to Plaintiff at this time but may be determined through discovery.  Class members may be notified of the pendency of this action by mail and/or publication through the distribution records of Defendant.

19.     Common questions of law and fact exist as to all Class members and predominate over questions affecting only individual Class members.  Common legal and factual questions include, but are not limited to, whether Defendant's conduct as alleged herein violates Massachusetts law, including the provisions of Mass. Gen. Laws ch. 149, § 19B(2)(b); whether Plaintiff and Class members are entitled to damages and if so, in what amount; and whether Plaintiff and the other members of the Class are entitled to equitable relief, including but not limited to injunctive or declaratory relief.

20.     The claims of the named Plaintiff are typical of the claims of the Class in that the named Plaintiff applied for Massachusetts-based employment with Defendant.  In his application for employment with Defendant, Plaintiff – like the rest of the Class – was not furnished the notice of rights that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b).

21.     Plaintiff is an adequate representative of the Class because his interests do not conflict with the interests of the Class members he seeks to represent, he has retained competent

4

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

counsel experienced in prosecuting class actions, and he intends to prosecute this action vigorously. The interests of Class members will be fairly and adequately protected by Plaintiff and his counsel.

22.     The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Class members. Each individual Class member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendant's liability. Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case. Individualized litigation also presents a potential for inconsistent or contradictory judgments. In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendant's liability. Class treatment of the liability issues will ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues.

## <u>COUNT I</u>
### Declaratory and Injunctive Relief

23.     Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

24.     Absent injunctive relief, Defendant may continue to violate the law and infringe upon the rights of Massachusetts job applicants.

25.     Plaintiff asks this court to declare Defendant's conduct unlawful and enjoin Defendant from using and disseminating job application materials that do not comply with Mass. Gen. Laws ch. 149, § 19B(2)(b).

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

## COUNT II
### Violation of M.G.L.A. 149, § 19B(2)(b)

26.    Plaintiff incorporates by reference and re-alleges each and every allegation set

forth above as though fully set forth herein.

27.    Massachusetts law explicitly requires that companies soliciting applications for

employment include the following language on all Massachusetts job applications: "It is

unlawful in Massachusetts to require or administer a lie detector test as a condition of

employment or continued employment. An employer who violates this law shall be subject to

criminal penalties and civil liability." Mass. Gen. Laws ch. 149, § 19B(2)(b).

28.    Defendant does not include this statutorily-required language in its Massachusetts

job applications, including the job applications filled out by Plaintiff and Class members.

29.    Pursuant to Mass. Gen. Laws ch. 149, § 19B(4), Plaintiff and Class members seek

statutory damages of not less than five hundred dollars per violation and reasonable attorney's

fees and costs as a result of Defendant's violations of Mass. Gen. Laws ch. 149, 19B(2)(b).

### RELIEF DEMANDED

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks

judgment against Defendant, as follows:

a.    For an order certifying the Class, naming Plaintiff as representative of the
Class, and naming Plaintiff's attorneys as Class Counsel to represent the
Class;

b.    For an order declaring that Defendant's conduct violates the statute
referenced herein;

c.    For an order finding in favor of Plaintiff and the Class, on all counts
asserted herein;

d.    For compensatory, statutory, and punitive damages in amounts to be
determined by the Court and/or jury;

e.    For prejudgment interest on all amounts awarded;

f.    For an order of restitution and all other forms of equitable monetary relief;

g.    For an order enjoining Defendant from continuing the illegal practices detailed herein and compelling Defendant to undertake a corrective advertising campaign; and

h.    For an order awarding Plaintiff and the Class their reasonable attorneys' fees and expenses and costs of suit.

## JURY TRIAL DEMANDED

Plaintiff demands a trial by jury on all claims so triable.

Dated: April 28, 2025                    Respectfully submitted,

**BIRNBAUM & GODKIN, LLP**

By: */s/ David S. Godkin*
David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
1 Marina Park Drive, Suite 1410
Boston, MA 02210
Telephone: (617) 307-6100
Email:  godkin@birnbaumgodkin.com
          kruzer@birnbaumgodkin.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
Matthew A. Girardi*
Julian C. Diamond*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com
          mgirardi@bursor.com
          jdiamond@bursor.com

*Attorneys for Plaintiff*

**Pro Hac Vice application forthcoming*

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

# EXHIBIT 1

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

Cheesecake Factory



← Back

# Busser

**Location:** Natick Mall 1245 Worcester St, Suite 1098, Natick, Massachusetts, US, 01760

**Team:** Front of House

**Req ID:** 3288

**Brand:** The Cheesecake Factory

**Compensation Range:** $6.75 - $15.00 / Hour

## Job Description

Compensation Range

$6.75 - $15.00 / Hour (This Position Earns Tips)

Overview:

Why Join Our Team:

- Great earnings potential
- Full and part-time hours available
- Flexible scheduling to fit your life
- Medical coverage starting at $12 per pay period, plus dental and vision
- Paid vacation and sick time
- No-cost Hospitality, GED and Associates Degree programs
- Discounted shift meals and a 25% discount when dining in as a guest
- Eligible for up to 50% next day pay (exclusions apply)
- Fortune 100 Best Companies to Work For® since 2014 and PEOPLE Companies that Care since 2021
- Career growth opportunities

What You'll Do:

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

Our bussers set the stage for a memorable meal, ensuring our dining rooms are sparkling clean and guests have everything they need. You'll move like lightning to get tables ready for the next guests and watch their faces light up when you bring a fresh basket of our famous brown bread and butter. You'll also support our servers by refilling drinks and clearing plates in between courses.

## Your Background:

- A can-do attitude: you tackle every task with a smile
- Team player: you're always willing to give and ask for help
- Prior experience as a busser in a full-service restaurant is preferred, but not required
- Able to lift up to 50 lbs and continuously bend, reach and twist; you're constantly on the move
- Must be at least 18 years old

## Who we are:

Named to FORTUNE Magazine's "100 Best Companies to Work For®" list every year since 2014, The Cheesecake Factory is a leader in experiential dining. We are culinary-forward and relentlessly focused on hospitality. Delicious, memorable experiences created by passionate people—this defines who we are and where we are going.

We currently own and operate 353 restaurants throughout the United States and Canada under brands including The Cheesecake Factory®, North Italia®, Flower Child® and a collection of other FRC brands. Internationally, 34 The Cheesecake Factory® restaurants operate under licensing agreements. Our bakery division operates two facilities that produce quality cheesecakes and other baked products for our restaurants, international licensees and third-party bakery customers.

We are an equal opportunity employer. We are committed to creating an inclusive and welcoming workplace for all. We welcome applicants from a wide variety of identities, ideas, perspectives, backgrounds and experiences to apply. The Cheesecake Factory offers reasonable accommodations to job applicants with disabilities.

#SoCheesecake #LifeAtCheesecake

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number



APPLY

# OR SEARCH JOBS AT OUR OTHER CONCEPTS

GRAND LUX CAFE.

**NORTH**
ITALIA

FLOWER CHILD

CULINARY DROPOUT

*The* HENRY

DOUGH BIRD

Zinburger

**BLANCO**

*The* ARROGANT BUTCHER

The Greene House

Olive & Ivy

wildflower
AMERICAN CUISINE

Pushing Daisies





Equal Opportunity Employer
© 2025 Fortune Media IP Limited. Used Under License.

PEOPLE's Companies That Care Logo® Is A Registered Trademark Of TI Gotham, Inc, A Dotdash Meredith Company. Used Under License.

© 2025 TCF Co. LLC. All Rights Reserved

Follow Us!

Privacy Policy · ADA

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number



‹ Home Page

# Welcome! Please enter your email to start this 2-3 minute application.

Note: You must be 18 years or older and legally eligible to work in the U.S. (or Canada for our Canada location).

**Email**

Next

Application FAQs

iCIMS

Software Powered by iCIMS
www.icims.com

APPLY INTERNALLY

INTERNATIONAL OPPORTUNITIES

FAQ

**Sign up for job alerts**

to receive the latest job openings

SIGN UP

Equal Opportunity Employer

© 2022 Fortune Media IP Limited. Used Under License.

© 2022 TCF Co. LLC. All Rights Reserved

  

Privacy Policy  ·  Accommodations

Date Filed 4/28/2025 3:28 PM
Superior Court Suffolk
Docket Number

Returning Candidate? Log back in!

# Busser

US MA Natick                                                                4 years ago

Please be sure to fill out all required fields

\* indicates a required field.

## Connect your account

## Enter your information

Legal First Name*

[                                                                              ]

Legal Last Name*

[                                                                              ]

Preferred First Name

[                                                                              ]

Email*

[ ██████████████ ]

**Phones - Please do not include letters or special characters when entering your phone number (1)***

Type*

[                                                                            ▾]

Number (Ex: 8188713000)*

[                                                                              ]

Add More (Phones - Please do not include letters or special characters when entering your phone number)

Is it OK for us to send you text messages, for this and future job opportunities (Message and data rates may apply)*

[ — Make a Selection —                                                        ▾]

**Addresses - Please ensure your address is current and accurate (Please note: P.O. boxes are not acceptable as a primary address) (1)***

Type*

Country*

[ — Make a Selection — ▼ ]

State/Province*

[ Please select a country ▼ ]

Street Address*

[                                        ]

Apartment, Suite or Space Number

[                                        ]

City*

[                                        ]

Zip/Postal Code*

[                                        ]

Add More (Addresses - Please ensure your address is current and accurate (Please note: P.O. boxes are not acceptable as a primary address))

Have you previously worked for The Cheesecake Factory, Grand Lux Cafe, North Italia or Fox Restaurant Concepts?*

[ — Make a Selection — ▼ ]

Were you referred by a current staff member?*

[ — Make a Selection — ▼ ]

If yes, who referred you?

[                                        ]

Desired Pay Rate (Currency / Amount / Time Frame)*

[ USD $ ▼ ] [      ] [ Hour ▼ ]

## Availability

What type of work are you looking for?*

[ — Make a Selection — ▼ ]

How many hours per week do you want to work?*

[ — Make a Selection — ▼ ]

Date Filed 4/28/2025 3:48 PM
Superior Court - Suffolk
Docket Number

Weekend Availability*

— Make a Selection —

Weekday Availability*

— Make a Selection —

## Relevant Experience

How much restaurant, hospitality or retail experience do you have?*

— Make a Selection —

How much experience do you have in the position you are applying for?*

— Make a Selection —

### Relevant Experience (1)

Employer

Job Title

Start Date (Month / Day / Year)

End Date (Leave blank if still employed) (Month / Day / Year)

Add More (Relevant Experience)

## EEO Information

Race*

— Make a Selection —

Gender*

— Make a Selection —

## Screening Questions

Can you perform the essential functions outlined in the job description, with or without reasonable accommodation?*

— Make a Selection —

Have you (1) served in the US Military, (2) been unemployed in the last year, (3) received food stamps, TANF,

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number
benefits; or (4) been referred by Veteran Affairs, the Ticket to Work program or a Rehabilitation Agency? (We use your answer solely to help individuals who face barriers to employment.)*

— Make a Selection —                                                          ▼

Have you ever been discharged from a job?*

— Make a Selection —                                                          ▼

If yes, what was the reason?

[                                                                            ]

Are you at least 18 years old or older?*

— Make a Selection —                                                          ▼

Are you legally allowed to work in the United States or Canada?*

— Make a Selection —                                                          ▼

Has the EEOC, other agency, or a court ever determined that you have engaged in sexual harassment or engaged in discriminatory behavior?*

— Make a Selection —                                                          ▼

## At Will Employment and Electronic Signature:

By entering your name below, you acknowledge that you have read and accept our At Will Employment Acknowledgement and Privacy Policy.*

Enter Name Here:*

[                                                                            ]

By proceeding you agree to iCIMS Privacy Policy.

**Submit Profile**

Application FAQs

**iCIMS**

Software Powered by iCIMS

www.icims.com

**Sign up for job alerts**

Date Filed 4/28/2025 3:28 PM
Superior Court Suffolk
Docket Number

▮▮ <u>Dashboard</u> | <u>Log Out</u>

# Busser

US MA Natick

4 years ago

**Requisition ID**  2020 3288    ⚲ US MA Natick    ⚲ Natick Mall

**Requisition Post Information\* : External Company Name**  The Cheesecake Factory

**Requisition Post Information\* : External Company URL**  https://www.thecheesecakefactory.com/

⚲ 1245 Worcester St, Suite 1098    ⚲ 01760    **Full-time/Part-time**  Part Time

---

  ## Thanks for applying to The Cheesecake Factory!

We're so excited you want to join the Cheesecake Team! If we have an immediate opening that matches, we'll reach out within a few days.

We emailed you a username and password for your account. <u>Log in</u> to see your application status, update your profile and more.

While we're reviewing your application, check out why we're a great place to work:

<u>Instagram</u>

<u>Facebook</u>

<u>Cakecareers.com</u>

**Want to apply for another position?** <u>Click here</u>

**Want to work with your friends?** They can text CAKEJOBS to 97211 to apply.

Have a great day!

The team at Cheesecake

---

ℹ You are currently submitted to this job.

## Check out interests related to this job and subscribe to them to get email updates on related jobs:

### Subscribe to new job notifications

<u>FOH - Busser</u>    No

## Compensation Range

$6.75 - $15.00 / Hour (This Position Earns Tips)

## Overview:

## Why Join Our Team:

- Great earnings potential

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

 

# AT-WILL EMPLOYMENT ACKNOWLEDGMENT

I declare that the information I have provided on this application is correct and that any false statements or omissions will justify my rejection or dismissal. I authorize the company to contact any of my previous employers as well any reference source to verify the facts and information I have furnished regarding my qualifications and character. I authorize any person(s) having knowledge to provide such information to the company, and release from liability and agree to hold harmless any person that furnishes such information in good faith.

If employed by the company, I understand that I will be an at will employee and that my employment with The Cheesecake Factory Restaurant Incorporated, or any of its subsidiaries or affiliates (collectively, the Company") may be terminated at any time by myself or the Company with or without cause or advance notice. I further understand that if employed by the Company, no representative of the Company other than the Chief Executive Officer of the Company or his/her designee has any authority to modify or change the at-will nature of my employment and that any such modification must be in writing.

I understand that this is only an application for employment and is not nor shall it be considered an agreement or contract of employment. I agree to arbitrate disputes arising out of the completion of this application, and further understand that a condition of employment with the Company shall be my execution of an arbitration agreement providing for the arbitration of all disputes.

If a special government certification, license or permit is required for my position, it is a condition of any job offer extended to me by the company that I obtain such a permit prior to starting work. I also understand and acknowledge that information collected in the employment application process will be used in accordance with The Cheesecake Factory Incorporated Privacy Policy.

Equal Opportunity and E-Verify Employer

© 2024 TCF Co. LLC • All Rights Reserved
© 2024 Grand Lux Cafe LLC • All Rights Reserved
© North Restaurants, LLC 2024 • All Rights Reserved
Social Monk • Copyright © 2024. All Rights Reserved



Updated: February 2025

The Cheesecake Factory Incorporated and its parents, subsidiaries, and affiliated entities ("**The Cheesecake Factory**," "**we**", "**us**" or "**our**") respect your privacy and are committed to protecting it through our compliance with this privacy policy ("**Privacy Policy**" or "**Policy**").

This Privacy Policy describes how The Cheesecake Factory collects, uses, and discloses personal information about individuals who use our website (thecheesecakefactory.com) and all corresponding webpages, software applications, or mobile applications that link to this Privacy Policy (collectively, the "**Site**") or who otherwise interact with us online or offline (collectively, our "**Services**"). Additional policies may apply in other contexts and to other relationships you may have with us.

We may update this Privacy Policy from time to time, as permitted by law. We will post the updated Privacy Policy on this page with an updated date. We encourage you to look for updates to this Privacy Policy by checking this date when you access our Services. Your continued use of our Services after the effective date of any modification to the Privacy Policy will be deemed to be your agreement to the changed terms.

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number:

Services or otherwise providing personal information to us, you agree to our Terms of Use and our privacy practices as described in this Privacy Policy.

CONTENTS

1.    PERSONAL INFORMATION WE COLLECT & WHY WE COLLECT IT
2.    SOURCES FROM WHICH WE COLLECT PERSONAL INFORMATION
3.    COOKIES AND OTHER TRACKING TECHNOLOGIES
4.    HOW LONG WE KEEP PERSONAL INFORMATION
5.    HOW WE DISCLOSE PERSONAL INFORMATION
6.    CALIFORNIA PRIVACY RIGHTS
7.    PRIVACY RIGHTS FOR CONSUMERS IN COVERED STATES OUTSIDE CALIFORNIA
8.    INTERNATIONAL VISITORS
9.    PRIVACY RIGHTS FOR RESIDENTS OF CANADA
10.    DISCLOSURES RELATING TO OUR REWARDS PROGRAM AND OTHER OFFERS
11.    EMAIL PREFERENCES
12.    THIRD-PARTY SITES AND SERVICES
13.    SECURITY OF YOUR PERSONAL INFORMATION
14.    CHILDREN'S PRIVACY
15.    CONTACT US

## 1. PERSONAL INFORMATION WE COLLECT & WHY WE COLLECT IT

In this Policy, **"personal information"** means information that, alone or in combination with other information, identifies, relates to, describes, is reasonably capable of being associated with, or could reasonably be linked, directly or indirectly, with you. Personal information does not include information that is publicly available, anonymized, or deidentified as defined by applicable privacy legislation.

Generally, we collect the following categories of personal information, which we use for the listed business or commercial purposes:

| Category of Personal Information | Purposes for Collection |
|---|---|
| **Identifiers** and **Personal records**, including real name, alias, signature, postal address, telephone number, unique personal identifier, online identifier, IP address, email address, account name, or other similar identifiers, employment, employment history, credit card number, debit card number, or other financial information provided by you (*This category includes the information described in Cal. Civ. Code § 1798.80(e)*) <br><br> **Commercial information,** including records of personal property, products or services purchased, | To process your requests and provide our products and Services <br><br> To maintain your account with us <br><br> To communicate with you <br><br> For marketing, advertising, and promotions <br><br> For research, analysis and development, including to maintain and improve our products and Services, for auditing, and for other related business purposes <br><br> To create and deliver personalized content <br><br> To administer contests, sweepstakes, promotions, and surveys <br><br> Detecting, investigating, or protecting against malicious, deceptive, fraudulent or illegal activity |

| | |
|---|---|
| Date Filed 4/29/2025 3:29 PM<br>Superior Court - Suffolk<br>Docket Number detailed, or considered, or other purchasing or consuming histories or tendencies | To respond to reviews, comments, or other feedback you provide us |
| **Characteristics of protected classifications** under federal or California law, including age and date of birth, gender | For research, analysis and development, including to maintain and improve our products and Services, for auditing, and for other related business purposes<br><br>For marketing and promotions (e.g., to celebrate your birthday) |
| **Internet or other electronic network activity information,** including browsing history, search history, and information regarding your interactions with our websites, applications, or advertisements | To process your requests and provide our products and Services<br><br>To maintain your account with us<br><br>To facilitate locating The Cheesecake Factory location nearest to you<br><br>For marketing, advertising, and promotions<br><br>For research, analysis and development, including to maintain and improve our products and Services, for auditing, and for other related business purposes<br><br>To create and deliver personalized content<br><br>Detecting, investigating, or protecting against malicious, deceptive, fraudulent or illegal activity |
| **Geolocation data** inferred from your IP address or mobile device location, which may include precise geolocation information (radius < 1,850 ft.) | To process your requests and provide our products and Services<br><br>For marketing, advertising, and promotions (non-precise location data only)<br><br>For research, analysis and development, including to maintain and improve our products and Services, for auditing, and for other related business purposes<br><br>To create and deliver personalized content<br><br>Detecting, investigating, or protecting against malicious, deceptive, fraudulent or illegal activity |
| **Audio, electronic, visual, thermal, olfactory, or similar information,** including closed-circuit audio/video and audio/video collected when you interact with us by phone or videoconferencing | To provide customer service to you<br><br>To process your requests and provide our products and Services<br><br>To communicate with you<br><br>For research, analysis and development, including to maintain and improve our products and Services, for auditing, and for other related business purposes<br><br>Detecting, investigating, or protecting against malicious, deceptive, fraudulent or illegal activity |
| **Professional or employment-related information** | To facilitate your interactions with us as a vendor or other business contact |
| **Inferences** reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes | To create and deliver personalized content<br><br>For marketing, advertising, and promotions<br><br>For research, analysis and development, including to maintain and improve our products and Services, for auditing, and for other related business purposes<br><br>Detecting, investigating, or protecting against malicious, deceptive, fraudulent or illegal activity |

In addition to the purposes described above, we may use and disclose any category of personal information we collect to respond to law enforcement requests, or as otherwise required or authorized by applicable law, court order, or governmental regulations; to protect our rights and interests and those of others; to resolve any disputes; to enforce our terms and policies; and to evaluate or conduct a merger, sale, or other acquisition of some or all of our assets. We also reserve the right to use the personal information we collect for any other purpose identified in an applicable privacy notice or agreement between you and us, or otherwise with your consent.

Date Filed 4/28/2025 3:29 PM
Superior Court - Suffolk
Docket Number

2. SOURCES FROM WHICH WE COLLECT PERSONAL INFORMATION

Generally, we collect the categories of personal information described above from the following categories of sources:
- Directly from you
- From our affiliated companies
- Through technologies in use on our Services (such as through cookies, pixels, and other tracking technologies)
- Created by us (e.g., if we create records pertaining to you, provide you with a login or user ID, or otherwise generate information linked to you)
- Your friends and family
- Other companies and organizations
- Service providers that help us to run our business
- Advertising networks, social networks, internet service providers, and data analytics providers
- Data brokers

3. COOKIES AND OTHER TRACKING TECHNOLOGIES

We use cookies, web beacons, embedded scripts, software development kits and other similar tracking technologies (collectively, "**Tracking Technologies**") that automatically collect personal information as you interact with the Services. We use Tracking Technologies to personalize your experience with our Services, support the functionality of our Site, analyze trends relating to usage of the Site, and for advertising purposes. Our Site uses first-party Tracking Technologies as well as Tracking Technologies supported by our service providers and third parties, such as advertising partners.

The length of time a cookie will stay on your device depends on whether it is a "session" or "persistent" cookie. Session cookies generally stay on your device until you stop browsing. Persistent cookies stay on your device until they expire or are deleted. We use both session cookies and persistent cookies on our Site.

In general, our Site uses cookies and other tracking technologies as follows:
- When necessary to operate our Site (for example, for security purposes or to keep items in your bag)
- To optimize the functionality of our Site, including by personalizing content for you, greeting you by name, pre-filling forms for you, and remembering your preferences (e.g., your choice of language or location)
- For purposes of ad targeting and marketing. These cookies collect information about your browsing behavior on our Site to show you relevant advertising when you visit other websites or use social media
- For analytics purposes. For example, to help us understand how our Site is used, to see what

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

might interest you, and to determine how best to market our products to you. More information on website analytics is provided below

If you do not want to have cookies placed on your device, you should adjust your settings within our cookie preference center by clicking **Your Privacy Choices** in the banner below this Policy or set your browser to refuse cookies before accessing our Site. You can find more information about how to change your browser cookie settings at allaboutcookies.org, and cookiepedia.co.uk.

### Analytics

We may use analytics tools to monitor and analyze the use of our Site, including Google Analytics. Google Analytics is a web analytics service offered by Google LLC that tracks and reports Site traffic. This software may collect information such as your IP address, location, operating system, access time, duration of visit, and actions you take on our Site. Google Analytics is owned and controlled by Google LLC. Data collected by Google is subject to its privacy policy. You may opt-out of having your website activity made available to Google Analytics by installing the Google Analytics browser add-on, available here. For more information on the privacy practices of Google, please visit the Google Privacy & Terms webpage: policies.google.com/privacy.

### Online Advertising

Our Site collects information about you in order to target advertisements to you when you browse the internet or use social media. One of the tools we use for this purpose is Google Ads, which is an advertising service provided by Google. Google uses cookies and other identifiers, in combination with their own data, to show you ads based on your usage of our Site. You can personalize the ads you receive or opt out of ads from Google by visiting the Google Ads Settings page. Additional options for opting out of interest-based advertising can be found here.

### Do Not Track Signals

Some Internet browsers include the ability to transmit "Do Not Track" or "DNT" signals. Since uniform standards for "DNT" signals have not been adopted, our Site does not currently process or respond to "DNT" signals sent by browsers, mobile devices, or other mechanisms.

## 4. HOW LONG WE KEEP PERSONAL INFORMATION

We keep the categories of personal information described above for as long as is necessary for the purposes described in this Privacy Policy or otherwise authorized by law. This generally means holding the information for as long as one of the following apply:

• Your personal information is reasonably necessary to manage our operations, to manage your relationship with us, or to satisfy another purpose for which we collected the information;

• Your personal information is reasonably necessary to carry out a disclosed purpose that is

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

reasonably compatible with the context in which the personal information was collected;
• The personal information is reasonably required to protect or defend our rights or property (which will generally relate to applicable laws that limit actions in a particular case); or
• We are otherwise required or permitted to keep your personal information by applicable laws or regulations.

Where personal information is used for more than one purpose, we will retain it until the purpose with the latest period expires.

## 5. HOW WE DISCLOSE PERSONAL INFORMATION

We disclose personal information to our affiliates, service providers, and contractors in the following circumstances:
• Performing services (including processing, maintaining, or collecting personal information) on our behalf related to the operation of our business and/or the Services (e.g., fulfilling and delivering orders, processing payments, supporting our promotions, contests, gift cards or loyalty programs, and providing communications, technical, analytical, web hosting, cloud hosting, or other services)
• Auditing related to ad impressions
• Ensuring security and integrity of personal information
• Debugging to identify and repair errors that impair existing intended functionality
• Short-term, transient use, including, but not limited to, non-personalized advertising
• Providing advertising or marketing services on our behalf (except for cross-context behavioral advertising)
• Undertaking internal research for technological development and demonstration
• Undertaking activities to verify or maintain the quality or safety of our Services
• To comply with applicable laws and regulations
• For safety and security
• Detecting, protecting against, or addressing malicious, deceptive, fraudulent, or illegal activity

In addition to the purposes described above, we may use and disclose any category of personal information we collect to respond to law enforcement requests, or as otherwise required or authorized by applicable law, court order, or governmental regulations; to protect our rights and interests and those of others; to resolve any disputes; to enforce our policies; and to evaluate or conduct a merger, sale, or other acquisition of some or all of our assets.
Please note that we may use and disclose, without restriction, deidentified, aggregated or anonymized information, which is information that does not identify any specific individual.

### *Targeted Advertising, Sales, and Sharing of Personal Information*
Although we do not sell personal information in exchange for money, some of the ways in which

Date Filed 4/29/2025 3:28 PM
Superior Court - Suffolk
Docket Number

We share personal information for targeted advertising may be considered "sales" or "sharing" under US state privacy laws. Listed below are the categories of personal information we share for purposes of targeted/cross-context behavioral advertising or otherwise "sell" for non-monetary consideration:

- Identifiers
- Personal records
- Commercial information
- Internet or other electronic network activity information
- Geolocation data (non-precise)
- Inferences

The types of third parties to which personal information is sold or shared are third-party advertisers and some analytics vendors. The purposes for which we sell/share this information include showing you relevant ads while you browse the internet or use social media; marketing, advertising, certain types of analytics, or similar purposes. We do not have actual knowledge that we sell or share the personal information of consumers under 16 years of age. If you would like to opt out, please see the information below for your state of residence.

Our uses of personal information are not sales under Nevada law. If you have any questions or if you would like to receive notice by email in the event we should engage in "sales" of personal information under Nevada law in the future, please contact us using the contact information provided below.

## 6. CALIFORNIA PRIVACY RIGHTS

This section supplements the other parts of our Policy and provides disclosures for California residents under the California Consumer Privacy Act (the "CCPA").

### *Right to Know*

California residents have the right to request more information regarding the following:

- The categories of personal information we have collected about you, including:
  - The categories of sources from which the personal information was collected
  - Our business or commercial purposes for collecting, selling, or sharing personal information
  - The categories of recipients to which we disclose personal information
  - The categories of personal information that we sold, and for each category identified, the categories of third parties to which we sold that particular category of personal information
  - The categories of personal information that we disclosed for a business purpose, and for each category identified, the categories of recipients to which we disclosed that particular category of personal information

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

the specific pieces of personal information we have collected about you.

## Deletion

California residents have the right to request the deletion of personal information we collected from you, subject to certain exceptions. Where we use deidentification to satisfy a deletion request, we commit to maintaining and using the information in deidentified form and will not attempt to reidentify the information.

## Correction

If you believe that personal information we maintain about you is inaccurate, you may submit a request for us to correct that information. Upon receipt of a verifiable request to correct inaccurate personal information, we will use commercially reasonable efforts to correct the information as you direct.

## Right to Opt Out

California residents can opt out of the sale or sharing of their personal information through Tracking Technologies by clicking **Your Privacy Choices** in the banner below this Policy. You may also opt out of the sale or sharing of your personal information through an opt-out preference signal, such as the Global Privacy Control. If you choose to use a browser-based opt-out signal, you will be opted out of cookie-based sales or sharing of personal information, and will need to turn it on for each browser you use. To submit a request to opt out of offline sales and sharing, please use our webform.

## Right to Limit Use and Disclosure of Sensitive Personal Information

We do not use sensitive personal information for purposes to which the right to limit use and disclosure applies under the CCPA.

## Submitting Requests Relating to Your Personal Information

To exercise your right to know, right to delete, or right to correct under the CCPA, please use our webform or call us at 1-866-458-2951. Please note that if you submit a request, you will be asked to provide 2-3 pieces of personal information that we will match against our records to verify your identity. You may designate an authorized agent to make a request on your behalf; however, you will still need to verify your identity directly with us before your request can be processed. An authorized agent may submit a request on your behalf using our webform or toll-free number.

## Right to Non-Discrimination for the Exercise of Your Privacy Rights

If you choose to exercise any of your privacy rights under the CCPA, you also have the right not to receive discriminatory treatment by us.

## California's Shine the Light Law

California residents may request a list of the third parties to which we have disclosed personal information, as defined under California Civil Code Section 1798.83(e) (a/k/a the "**Shine the Light Law**"), during the preceding calendar year for third-party direct marketing purposes. To make such a request, please call or write to us using the contact information provided at the end of

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

your request, please specify that you want "The Cheesecake Factory's California Shine the Light Notice."

## 7. PRIVACY RIGHTS FOR CONSUMERS IN COVERED STATES OUTSIDE CALIFORNIA

If you are a consumer who lives in Colorado, Connecticut, Oregon, Texas, Utah or Virginia, you have the right to submit certain requests relating to your personal information as described below. If you are a resident of California, please review our California-specific disclosures, above.

*Access and Data Portability*

You have the right to confirm whether we are processing your personal information, to access your personal information, and to obtain a copy of your personal information in a portable format. Oregon consumers may also request a list of third parties to which we disclosed Personal Information.

*Correction*

You have the right to request that we correct inaccuracies in your personal information, taking into account the nature of the personal information and our purposes for processing it.

*Deletion*

You have the right to request that we delete your personal information, subject to exceptions.

*Right to Opt Out*

You have the right to opt out of the following uses of your personal information: (a) targeted advertising; (b) the sale of personal information; and (c) profiling in furtherance of decisions that produce legal or similarly significant effects concerning your economic situation, health, personal preferences, interests, reliability, behavior, location, or movements. We do not sell personal information in exchange for money or engage in practices that qualify as profiling producing legal or similarly significant effects under applicable state privacy law. To opt out of targeted advertising / non-monetary "sales" of personal information via Tracking Technologies, please click **Your Privacy Choices** in the banner below this Policy. To submit a request to opt out of offline transfers of personal information for these purposes, please use our webform (thecheesecakefactory.com/corporate_information/dsr ). If you are an authorized agent submitting an opt-out request on behalf of a consumer where allowed by state law, please use the webform or toll-free number listed below. We use commercially reasonable efforts to authenticate the identity of the consumer to whom the request relates and the authorized agent's authority to act on the consumer's behalf.

*Right to Appeal*

Sometimes we are unable to process requests relating to your personal information, in which case, your request will be denied. If your privacy rights request has previously been denied by us and you believe we denied it in error, you may appeal for reconsideration of your request using our webform or toll-free phone number.

*Submitting Requests Relating to Your Personal Information*

To make a request to access, correct, or delete your personal information, please use our webform  or call us at 1-866-458-2951. Please note that we may need to authenticate your

Date Filed 4/28/2025 3:28 PM
Superior Court Suffolk
Docket Number

...before your request can be processed. For authentication, you will be asked to provide 2-3 pieces of personal information that we will match against our records to verify your identity.

## 8. INTERNATIONAL VISITORS

The Cheesecake Factory operates and is based in the United States. If you are using our Site outside the United States, please be aware that information we obtain about you will be transferred to and processed in the United States or other jurisdictions outside your own, and may be accessed by the courts, law enforcement and national security authorities in those jurisdictions. By using our Site or otherwise providing your personal information to us, you acknowledge and consent to the international transfer and processing of your personal information as described in this Privacy Policy. Please be aware that the data protection laws and regulations that apply to your personal information transferred to the United States or other countries may be different from the laws in your country. If you do not want your information transferred to or processed or maintained outside of the country or jurisdiction where you are located, you should not use the Site or Services.

## 9. PRIVACY RIGHTS FOR RESIDENTS OF CANADA

If you would like to submit a request to access, correct, erase or obtain a copy of personal information we maintain about you, or if you would like to receive written information about our policies and practices regarding service providers outside of Canada, please use our webform. We may require specific information from you to help us verify your identity prior to processing your request. Applicable law may require or permit us to decline your request. If we decline your request, we will tell you why, subject to any legal restrictions on disclosing this information.

## 10. DISCLOSURES RELATING TO OUR REWARDS PROGRAM AND OTHER OFFERS

*California Notice of Financial Incentive*

Summary

We offer a rewards program, Cheesecake Rewards, that provides benefits to those who choose to participate. Participation requires you to provide some personal information to us, such as Identifiers, Personal Records, Commercial Information, Characteristics of Protected Classifications (e.g., date of birth), Internet or Other Electronic Network Activity Information, Geolocation Data, and Inferences. The incentives associated with our rewards program are designed to reward loyal customers based on certain purchases and other related activities. From time to time, we may also offer coupons, special offers, or other discounts to consumers who sign up for our promotional communications by providing us with certain personal information, such as an email address or a phone number.

Material Terms

Participation in Cheesecake Rewards requires you to create an account and allow us to associate your qualifying purchases and activities with that account. Based on your qualifying purchases and activities, you can earn rewards such as access to reservations, a complimentary slice of cheesecake for your birthday, and other special rewards. For the full Cheesecake Rewards terms,

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

please __here__. Additional terms may apply to our other promotions.

## How to Sign Up

You can sign up for Cheesecake Rewards and opt into the financial incentives associated with that program, by completing the form found __here__.

## Right to Withdraw

You have the right to withdraw from our rewards program and other financial incentives at any time. You may withdraw by calling 1-866-458-2951. If you would like to stop receiving our marketing communications, please see the instructions provided in this Policy, below.

## Value of Financial Incentive

The value of the benefits provided varies as individuals take advantage of our financial incentive offerings to different degrees. For example, Cheesecake Rewards members may receive access to reservations, a complimentary slice of cheesecake for your birthday, and other special rewards. We estimate that the value of consumers' personal information provided in connection with our rewards program is equivalent to the relevant expenses related to the collection and storage of that personal information. Any difference in price or benefits provided to customers who participate in our rewards program or other financial incentives is reasonably related to the value of the personal information provided, taking account of the fact that the primary purpose of our rewards program is to offer discounts and other benefits to our loyal customers.

## *Loyalty Program Disclosures for Colorado Residents*

The purpose of this section is to notify Colorado consumers of how we use personal information in connection with your participation in our loyalty program, Cheesecake Rewards. You have the right to delete your personal information associated with your Cheesecake Rewards account, however if you delete your personal information, we will be unable to link your rewards to your account, and therefore you will be unable to receive benefits from the program.

The chart below identifies the categories of personal information collected through the Cheesecake Rewards program that we sell or process for targeted advertising, and the third parties who receive these categories of personal information.

| Categories of Personal Information | Third Parties |
|---|---|
| Identifiers | Third-Party Advertisers |
| Personal records | Loyalty Program Partners as described below |
| Commercial information | |
| Characteristics of protected classifications (e.g., date of birth) | |
| Internet or other electronic network activity information | |
| Geolocation data | |
| Inferences | |

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

below identifies our loyalty program partners, and the program benefits provided by each partner.

| Loyalty Program Partners | Benefits Provided |
|---|---|
| Partner Businesses | Enhanced or additional rewards or discounts |
| Third-Party Associations and Organizations | Enhance or additional rewards or discounts for members of both Cheesecake Rewards and a partner organization |

For more information about how we process your personal information, please click here.

## 11. EMAIL PREFERENCES

In order to provide service to you, we may send you email communications related to your transactions, security, or the administration of our Site. From time to time, we may also send you other messages or updates about The Cheesecake Factory, our Site, and promotions or other activities. If you do not wish to receive promotional email communications from The Cheesecake Factory, you can unsubscribe by clicking on the "unsubscribe" link found in our commercial email messages, or by contacting us as provided below.

Please note that if you opt-out of our promotional emails, we may still send you email messages related to your account or any Services you request from us. Unsubscribing from our promotional emails will not affect the level or quality of service we provide to you.

## 12. THIRD-PARTY SITES AND SERVICES

Our Services may provide links or otherwise facilitate access to other websites or online services, including social media services. These links and other features are intended for your convenience only. These third-party websites and services are not related to The Cheesecake Factory and may have separate privacy policies and data collection practices.
Certain features of our Services may permit you to interact with social media networks operated by unaffiliated parties, for example, if you "like" or "follow" us on those platforms ("**Social Features**"). If you choose to "like" or share content or post information using Social Features, that information may be publicly displayed, and the party operating the social media platform may receive information about you and your use of our Services. Similarly, if you interact with us through Social Features, we may have access to information about you from the social media platform. In addition, we may track when you like us, follow us, or share our content on social media platforms. You should review the terms, policies, and settings of the platforms you use to learn more about their data practices and adjust your settings accordingly.

## 13. SECURITY OF YOUR PERSONAL INFORMATION

We have implemented commercially reasonable and appropriate steps to protect personal information from loss, misuse and unauthorized access, disclosure, alteration, or destruction. Please keep in mind, however, that there is no such thing as perfect security, and no internet transmission is ever completely secure or error-free. Moreover, you are responsible for maintaining the confidentiality of any username and password you use for our Services.

## 14. CHILDREN'S PRIVACY

Our Site and online Services are not directed toward children under the age of 16 and we do not knowingly collect any personal information from children under the age of 16. If a child under 16 provides our Site or online Services with personal information, we ask that a parent or guardian

Date Filed 4/28/2025 3:39 PM
Superior Court - Suffolk
Docket Number

contact us described below so that we may promptly delete the information.

## 15. CONTACT US

If you have any questions about this Policy, please call or write us at:

Email:   privacyofficer@thecheesecakefactory.com

Phone:   1-866-458-2951

Mail:    The Cheesecake Factory Incorporated

Attn: Privacy Officer

26901 Malibu Hills Road, Calabasas Hills, CA 91301

The Cheesecake Factory is the controller of your personal information processed under this Privacy Policy. The Cheesecake Factory also does business as The Cheesecake Factory Restaurants, Inc.


Date Filed 4/28/2025 3:25 PM
Superior Court - Suffolk
Docket Number



Effective Date: February 3, 2025

Expand all sections +

**Please note, this Privacy Notice is available at** www.icims.com **and its related domains and subdomains, including, but not limited to,** www.icims.com/en-gb/ **(each the "Website" as applicable). iCIMS maintains other privacy notices to address specific use cases applicable to iCIMS, which are available at the following locations:**

- If you are an iCIMS Subscriber, please refer to www.icims.com/legal/privacy-notice-services for the iCIMS Services Privacy Notice relating to the iCIMS recruiting platform
- If you are a California resident, please refer to https://www.icims.com/legal/ccpa-privacy-notice/ for the Privacy Notice for California Residents that contains additional disclosures and information about our privacy practices with respect to the collection, use, and disclosure of personal data of California residents.
- If you are an applicant for a job or interested in potential employment opportunities at iCIMS, please refer to https://www.icims.com/legal/talent-acquisition-privacy-notice/ for the iCIMS Job Applicant Privacy Notice relating to applying for a job at iCIMS and iCIMS' recruitment process.
- If you are an iCIMS employee, please refer to https://www.icims.com/legal/employee-privacy-notice/ for the iCIMS Employee Privacy Notice relating to employment at iCIMS.
- If you are an authorized user of iCIMS Academy, please refer to https://www.icims.com/legal/academy-privacy-notice/ for the iCIMS Academy Privacy Notice relating to iCIMS' training platform for customers and partners.

# Introduction

Back to contents

The purpose of this notice is to give you a better understanding of who we are and our practices with respect to your personal data obtained in connection with the use of

Date Filed 4/28/2025 3:28 PM
Superior Court Seattle
Docket Number

our Website and our marketing efforts.

Read less –

iCIMS, Inc. and its subsidiaries, iCIMS International, LLC, TextRecruit, Inc., Opening HR Limited, EasyRecrue S.A.S., Candidate ID Ltd, and SkillSurvey, Inc. (collectively, "iCIMS," "we," or "us"), respects the privacy of its subscribers, prospects, business partners, event attendees, employees, job applicants, and website and mobile application users (collectively, "you"), and we are committed to protecting their respective personal data. To that end, we have put together this Privacy Notice ("Privacy Notice") to give you a better understanding of who we are and our practices with respect to the collection, use, disclosure, and retention of personal data obtained in connection with the use of our Website and our marketing efforts.

For purposes of this Privacy Notice:

- The term "personal data" means any information which relates to an identified or identifiable, living individual that directly or indirectly references one or more factors specific to their physical, physiological, mental, economic, cultural, or social identity. Personal data excludes anonymous data.

Please take the time to read this Privacy Notice and the related statements in their entirety to ensure you are fully informed. If you have any questions or concerns about our processing of your personal data, please contact us by using the contact details under the "Contact Information" heading below.

Services Privacy Notice. Our Services Privacy Notice covers our privacy practices with respect to the collection, use, and disclosure of personal data obtained in connection with the use of our Subscription and related services, including professional services and trainings that we provide to Subscribers. It also describes our privacy practices with respect to Subscriber and partner contact information we process for Subscriber account, contract, and billing management purposes (e.g., the processing of

Date Filed 4/28/2025 3:28 PM
Suffolk Superior Court
Docket Number

Subscriber address and billing information) in connection with the use of our subscription and services and services, or technology provided by our partners to our Subscribers. For clarity, iCIMS collects personal data under the direction of its Subscribers and has no direct relationship with the Subscribers' candidates. If you are a candidate of one of our Subscribers, please contact that Subscriber.

<u>Talent Acquisition Privacy Notice</u>. Our Talent Acquisition Privacy Notice covers our privacy practices in connection with an individual's application for employment or interest in potential employment opportunities at iCIMS.

# How We Obtain Your Personal Data

<u>Back to contents</u>

iCIMS collects several types of personal data about you that broadly fall into 3 categories:

1. Personal data you voluntarily provide to us. Examples of when you may provide this information include: when interacting with a form or chatbot on our website, contacting us, completing our surveys, registering for an event or demo, visiting our offices, and reporting an incident. Personal data may include your name, contact details, and company/job information.
2. Personal data from third parties, such as personal data related to your registration for events. We also use third parties for reporting and analytics purposes and may combine personal data from third parties with personal data you provide.
3. Data we collect as you navigate through the website. This may include information about your device and online activity. iCIMS uses cookies. You can manage your preferences for the website's cookies here: .

<u>Read less -</u>

As further described below, we collect several types of personal data from and about you that broadly falls into the following three (3) categories:

1. *Personal data you voluntarily provide to us*:

Date Filed 4/29/2025 3:29 PM
Superior Court Suffolk
Docket Number

When filling out forms on our Website.
- When you register for a demo of our software or services.
- When you interact with a chatbot on our Website.
- When you enter a contest or promotion we sponsor.
- When you contact us.
- When you complete one of our surveys.
- When you register for or attend an event.
- When you visit our corporate offices.
- When you report an incident or concern or ask a question.

In each case, the personal data collected may include (but is not limited to):

- First name
- Last name
- Business or preferred mailing address
- Business or preferred email address
- Business or preferred telephone number
- Company or organization name
- Job title or role

If we ask you to provide any other personal data not described above, then the personal data we will ask you to provide, and the reasons why we ask you to provide it, will be made clear to you at the point we collect it. If we ask you to provide personal data that we consider to be mandatory for us to administer your relationship with us, we will inform you of such at the time of collection. In addition, we will also inform you of the consequences for not providing us with the mandatory personal data.

*2. Personal data from third parties.*

From time to time, we may collect and use personal data we receive about you from third parties in connection with your use of the Website or attendance at an event. For instance, we may receive personal data about you from our business partners related to your registration information for events. We also use third parties for reporting and analytics to measure the effectiveness of our Website and marketing efforts, and to identify areas for improvement.

Date Filed 4/28/2025 3:28 PM
Superior Court
Docket Number

We may combine personal data we collect from third parties with personal data you provide us to update, expand, or provide you with tailored information regarding our software, services, and events.

3. *Data we collect as you navigate through the Website.*

As is true of most websites, we gather certain data automatically. This data may include Internet protocol ("IP") addresses, browser type, Internet service provider ("ISP"), referring/exit pages, the files viewed on our site (e.g., HTML pages, graphics), operating system, date/time stamp, and/or clickstream data to analyze trends in the aggregate and administer the site.

iCIMS and its third parties use cookies or similar technologies to analyze trends, administer the Website, track users' movements around the website, and to gather demographic data about our user base as a whole. You can control the use of cookies at the individual browser level, but if you choose to disable cookies, it may limit your use of certain features or functions on our website or service. You can also manage your preferences for the Website's cookies by using the Cookie Preference Centers found in the Website's cookie banners, and which can also be accessed here: . For more information about our use of cookies and similar technologies, please see our Cookie Notice.

# How We Use Your Personal Data

Back to contents

iCIMS uses your personal data to:

- Operate, maintain, and improve our Website
- Communicate with you
- Provide you with information or access to our corporate offices
- Comply with legal requirements or contractual obligations
- Notify you about changes to our Website or obtain consent
- Perform industry analysis, benchmarking, analytics, and other business purposes

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

our browsing and email actions for analytics and advertising purposes
- Contact you for marketing purposes, in accordance with your marketing preferences
- Prevent and detect fraud

Our processing of personal data includes automated methods of processing, including sentiment analysis, machine learning, artificial intelligence, and generative intelligence capabilities.

We may also partner with third parties to either display advertising on our Website or to manage our advertising on other sites. Our third parties may use technologies such as cookies to gather data about your activities on the Website and other websites to provide you advertising based upon your browsing activities and interests. If you wish to not have this data used for the purpose of serving you interest-based ads, select "Read More +" to learn about your options.

Read less -

We may use personal data that we collect about you for the following purposes:

- To operate, maintain, and improve our Website.
- To communicate with you about events or register you for events you sign up for with us.
- To provide you access to our corporate offices.
- To provide you with information, software, or services that you request from us.
- To carry out our obligations and enforce our rights arising from any contracts entered into between you and iCIMS, including, but not limited to, our Website Terms of Use.
- To notify you about changes to our Website or obtain any required consent.
- To allow you to participate in interactive features of our Website, when you choose to do so, such as chatbots of community forums.
- For industry analysis, benchmarking, analytics, marketing, and other business purposes.
- To track your browsing and email actions, such as the pages you visited over time, for analytics and advertising purposes.

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

contact you for marketing purposes, in accordance with your marketing preferences (e.g., we may use your personal data to contact you to further discuss your interests in our software and services or other events), including, but not limited to, promotional offers for our software or services or third parties' products or services. If you do not wish to receive our email marketing communication for promotional purposes, you may opt out by clicking on the "unsubscribe" or "opt out" link in the marketing e mails we send you.

- To comply with applicable laws, judicial requests from courts of competent jurisdiction, or exercising or defending legal rights.
- To prevent and detect fraud or other types of wrongdoing.
- To communicate with you about incidents, concerns, or questions that you submit to us.
- To evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of our assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal data held by us is among the assets transferred.
- To fulfill the purpose for which you provide it.
- For other lawful or legitimate purposes, which may be reasonably required for day-to-day operations.

Our processing of Personal Data for the purposes described in this Privacy Notice also includes the use of automated methods of processing, including sentiment analysis, machine learning, artificial intelligence, and generative intelligence capabilities. to analyze your Personal Data, determine trends, or create AI-generated responses or other content. When you interact with the chatbot on our Website, we may also store the transcript for the purposes described in this Privacy Notice.

We may also partner with third parties to either display advertising on our Website or to manage our advertising on other sites. Our third parties may use technologies such as cookies to gather data about your activities on the Website and other websites to provide you advertising based upon your browsing activities and interests. If you wish to not have this data used for the purpose of serving you interest-based ads, you may opt-out from many third parties through the Digital Adverting Alliance's self-regulatory

Date Filed 4/28/2025 3:28 PM
Superior Court
Docket Number

opt-out by clicking here or the Network Advertising Initiative's self-regulatory opt-out by clicking here (or if you are located in the Economic European Area ("EEA"), the United Kingdom ("UK"), or Switzerland through the European Interactive Digital Advertising Alliance's self-regulatory opt-out by clicking here). Please note that you will continue to receive generic ads. iCIMS uses online advertising services from Microsoft. To provide such advertising services, Microsoft collects Personal Data from you in accordance with the Microsoft Privacy Statement available at https://privacy.microsoft.com/en-us/privacystatement. iCIMS uses Google Ads services. Google processes certain Personal Data as a controller in connection with these services. Information about how Google uses information from sites, apps or other properties that use its services, including Google's processing of Personal Data as a controller for such services, is available at https://business.safety.google/privacy/. iCIMS uses online analytics services from Google. If you do not want your data collected with Google Analytics, you can install the Google Analytics opt-out browser add-on. To opt-out of Google Analytics, visit the Google Analytics opt-out page (located at https://tools.google.com/dlpage/gaoptout) and install the add-on for your browser. For more details, visit the "Google Analytics opt-out browser add-on" page (located at https://support.google.com/talent-cloud-recruiting/platform/recruiting-analytics/answer/181881?hl=en). For more information about how you can manage cookies related to analytics and targeted advertising, please see our Cookie Notice.

If we need to process your personal data for an incompatible purpose not discussed in this Privacy Notice, we will provide notice to you and, if required by law, seek your consent. We may process your personal data without your knowledge or consent only where required by applicable law.

# How We Share Your Personal Data

Back to contents

iCIMS does not sell your personal data.

Date Filed 4/28/2025 3:28 PM
Suffolk County Superior Court
Docket Number

We may share your personal data with those who need access to perform their duties, including:

- To our service providers acting on our behalf
- To our subsidiaries, investors, or potential buyers
- To a third party under specific circumstances or as required by law

Read less -

iCIMS takes care to allow your personal data to be accessed only by those who need such access to perform their tasks and duties, and to third parties who have a legitimate purpose for processing or accessing it. As such, we may share your personal data as described in this Privacy Notice to the following categories of recipients:

- To our subsidiaries, affiliates, or their or our successors or assigns.
- To our private equity investor, Vista Equity Partners, and its affiliates, contractors, service providers, and other third parties, including Vista Consulting Group, which will process the personal data on the basis of its legitimate interests in overseeing the administration, research, and business operations of iCIMS.
- To our contractors, business partners, service providers, and other third parties who require the data to assist us in supporting our business (e.g., third-party hosting facilities) or third parties with products, services or positions that may be of interest to you, provided such parties provide at least the same level of privacy protection as is required of iCIMS. These companies are authorized to use your personal data only as necessary to provide these services to us.
- To a potential buyer (and its agents and advisors) in connection with any proposed merger, acquisition, or any form of sale or transfer of some or all of our assets (including in the event of a reorganization, dissolution or liquidation), in which case, personal data held by us about you will be among the assets transferred to the buyer or acquirer.
- To a third party under the following circumstances where we, in good faith,: (i) believe we are compelled by applicable law or regulation, judicial request from a court of competent jurisdiction, or another legal process or government authority; (ii) find it necessary to exercise, establish or defend our legal rights;

Date Filed 4/28/2025 3:28 PM
Superior Court Suffolk
Docket Number

... seek to enforce or apply our Website Terms of Use or terms of any other agreement; (iv) seek to protect iCIMS' rights or property; (v) seek to protect iCIMS, our Subscribers, or the public from harm or illegal activities; (vi) seek to respond to an emergency which we believe, in good faith requires us to disclose data to prevent harm; or (vii) rely on your consent.

Please note that we do not sell (as defined in applicable data protection and privacy laws) your personal data (and will not sell it without providing any required notices and/or opt-in/opt-out rights).

# Legal Basis for Processing Personal Data

Back to contents

Our legal basis for processing your personal data vary based on the data and the context. However, we normally process your personal data according to the following legal bases:

- Legitimate interest
- Contractual Obligations
- Legal obligations
- Security reasons
- We obtained your consent for a limited circumstance

Read less -

If you are a resident of the EEA, the UK, or Switzerland, our legal basis for collecting and using the personal data described above will depend on the personal data concerned and the context in which we collect it. However, we will normally collect and/or process your personal data pursuant to one or more of the following legal bases:

- The processing is in our legitimate interests which do not override your data protection interests or fundamental rights and freedoms.
- The processing is necessary to perform a contract with you.
- The processing is necessary to comply with our legal obligations.
- We may also seek your consent to process or retain your personal data in certain, limited circumstances that we clearly identify to you.

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

In some limited cases, we may need the personal data to protect your vital interests or those of another person; for example, we may need to share your personal data with third parties for security reasons (when we believe in good faith that disclosure is necessary to protect our rights, protect your or others' safety, to investigate fraud, or respond to a related government request).

If we ask you to provide personal data to comply with a legal requirement or to perform a contract with you, we will make this clear at the relevant time and let you know whether the provision of your personal data is mandatory or not (as well as the possible consequences if you do not provide it). Similarly, if we collect and use your personal data in reliance on our legitimate interests (or those of a third party) that are not listed above, we will make clear to you at the relevant time what those legitimate interests are. If you have questions about or need further information concerning the legal basis on which we collect and use your personal data, please contact us using the contact details provided in the "Contact Information" section below.

# International Transfers

Back to contents

iCIMS transfers personal data to other countries in accordance with applicable privacy laws. For transfers outside of the EEA, the UK, or Switzerland. iCIMS will implement appropriate safeguards to protect your personal data as defined in the GDPR, including Standard Contractual Clauses.

Read less –

iCIMS or its appointed service providers or contractors may collect, use, process, store and disclose your personal data outside of your home jurisdiction, including in the U.S., and in some cases, other countries, for the purposes described in this Privacy Notice. These countries may have data protection and privacy laws that are different than the laws of your home country. iCIMS only transfers personal data to another country in accordance with applicable data protection and privacy laws, provided there are

Date Filed 4/28/2025 3:28 PM
Superior Court
Docket Number

legally-adequate protections in place for the personal data. A list of iCIMS' global offices is available here.

If your personal data is processed within the EEA, the UK, or Switzerland, and for onward transfers of personal data to iCIMS' appointed service providers or contractors, iCIMS and its appointed services providers or contractors will protect your personal data (as defined in the European Union's ("EU") General Data Protection Regulation ("GDPR")) when it is transferred outside of the EEA, UK, or Switzerland by:

- Processing it in a territory which the European Commission (or other relevant governmental authority) has determined provides an adequate level of protection for personal data; or
- Otherwise implementing appropriate safeguards to protect your personal data, including through the use of Standard Contractual Clauses or another lawful transfer mechanism approved by the European Commission (or other relevant governmental authority).

If you require further information about our international transfers of personal data, please contact us by using the contact details under the "Contact Information" heading below.

# Data Privacy Framework

Back to contents

iCIMS complies with the EU-U.S. Data Privacy Framework (DPF), the UK Extension, and the Swiss-U.S. DPF. To learn more about the Data Privacy Framework ("DPF") program and to view our certification, please visit https://www.dataprivacyframework.gov/.

iCIMS is committed to maintaining its DPF certification and will honor its obligation to comply with the DPF Principles. EEA, UK, and Swiss individuals with inquiries or complaints regarding our privacy practices should first contact iCIMS as provided in the "Contact Information" section below.

Read less −

Date Filed 4/28/2025 3:28 PM
Superior Court Judicial
Docket Number

iCIMS and certain of its subsidiaries listed here comply with the EU-U.S. Data Privacy Framework ("EU-U.S. DPF"), the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. Data Privacy Framework ("Swiss-U.S. DPF") as set forth by the U.S. Department of Commerce. iCIMS has certified to the U.S. Department of Commerce that it adheres to the EU-U.S. Data Privacy Framework Principles ("EU-U.S. DPF Principles") with regard to the processing of personal data received from the EEA in reliance on the EU-U.S. DPF and from the UK (and Gibraltar) in reliance on the UK Extension to the EU-U.S. DPF. iCIMS has certified to the U.S. Department of Commerce that it adheres to the Swiss-U.S. Data Privacy Framework Principles ("Swiss-U.S. DPF Principles") with regard to the processing of personal data received from Switzerland in reliance on the Swiss-U.S. DPF. If there is any conflict between the terms in this Privacy Notice and the EU-U.S. DPF Principles and/or the Swiss-U.S. DPF Principles, the Principles shall govern. To learn more about the Data Privacy Framework ("DPF") program and to view our certification, please visit https://www.dataprivacyframework.gov/.

iCIMS is responsible for the processing of personal data it receives under the DPF and subsequently transfers to a third party acting as an agent on its behalf. iCIMS complies with the DPF Principles for all onward transfers of personal data from the EEA, the UK, and Switzerland, including the onward transfer liability provisions.

Although iCIMS also relies on Standard Contractual Clauses or other lawful transfer mechanisms approved by the European Commission (or other relevant governmental authority) to transfer personal data from the EEA, the UK, and Switzerland, iCIMS is committed to maintaining its DPF certification and will honor its obligation to comply with the DPF Principles.

The Federal Trade Commission has jurisdiction over iCIMS' compliance with the EU-U.S. DPF, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. DPF. In certain circumstances, iCIMS may be required to disclose personal data in response to lawful requests by public authorities, including to meet national security or law enforcement requirements.

Date Filed 4/28/2025 3:28 PM
Suffolk Superior Court
Docket Number

EEA, UK, and Swiss individuals with inquiries or complaints regarding our privacy practices should first contact iCIMS as provided in the "Contact Information" section below. In compliance with the EU-U.S. DPF, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. DPF, iCIMS commits to refer unresolved complaints concerning our handling of personal data received in reliance on the EU-U.S. DPF, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. DPF to TRUSTe, an alternative dispute resolution provider based in the United States. If you do not receive timely acknowledgment of your DPF Principles-related complaint from us, or if we have not addressed your DPF Principles-related complaint to your satisfaction, please visit https://feedback-form.truste.com/watchdog/request for more information or to file a complaint. The services of TRUSTe are provided at no cost to you.

For complaints regarding DPF compliance not resolved by any of the other DPF mechanisms, you have the possibility, under certain conditions, to invoke binding arbitration. Further information can be found on the official DPF website.

# Security and Breach Notification

Back to contents

iCIMS maintains appropriate safeguards to protect personal data from accidental, unlawful, or unauthorized access. Our personnel and service providers are required to keep personal data confidential and secure.

iCIMS has a dedicated team responsible for monitoring and responding to security events.

Read less -

iCIMS maintains appropriate technical and organizational measures, including, but not limited to, reasonably designed administrative, physical, and technical safeguards, designed to protect the personal data obtained as discussed in this Privacy Notice from accidental or unlawful destruction, loss, alteration, unauthorized disclosure and access. iCIMS personnel, service providers, and contractors with access to personal

Date Filed 4/28/2025 3:28 PM
Suffolk County Superior
Docket Number

data collected as discussed in this Privacy Notice are required to keep such personal data confidential and secure. iCIMS has a dedicated team responsible for monitoring and responding to security events, and it notifies applicable parties of security or privacy incidents and data breaches in accordance with its incident response procedures and applicable law.

# Data Retention

Back to contents

We will retain your data for as long as is needed to fulfill the purpose or a legal obligation, after which we will either delete or anonymize it.

We reserve the right to use anonymous data for any legitimate business purpose.

Read less -

We use the following criteria to determine the length of time for which we retain personal data subject to this Privacy Notice:

- The purposes outlined in this Privacy Notice for which the personal data is used, and the length of time for which such data is required to achieve those purposes, including for business operations, security purposes, and legal requirements;
- Whether we are required to retain the category of personal data in order to: (i) comply with legal or contractual obligations; (ii) assert or defend against potential legal claims or as necessary to investigate theft, fraud, or other activities that are potentially (a) in violation of our policies and procedures applicable to you or (b) a violation of the law; (iii) ensure a secure online environment; and/or (iv) protect your or others' health and safety;
- The privacy impact on the individual of ongoing retention (for example, determining if our legitimate business interest is outweighed by your data protection interests or fundamental rights and freedoms); and
- The manner in which the personal data is maintained and flows through our systems and how best to manage the lifecycle of such data in light of the volume and complexity of the systems in our infrastructure and the need to maintain high integrity and availability within our systems.

Date Filed 4/28/2025 3:28 PM
Superior Court in
Docket Number

We longer have no legal obligation or ongoing legitimate business need to process your personal data, we will either delete or anonymize it or, if this is not possible (e.g., because your personal data has been stored in backup archives), then we will securely store your personal data and isolate it from any further processing until deletion is possible. As such, we reserve the right to use such anonymous data for any legitimate business purpose without further notice to you or your consent. In addition, we delete personal data if an individual makes a verifiable request to delete such personal data and no exception applies

# Cookies and Similar Technologies

Back to contents

For information about the cookies and other tracking technologies used by our Website and how to manage your settings for these cookies and technologies, please see our Cookie Notice.

# Your Privacy Rights

Back to contents

To exercise any of your privacy rights such as the right to access or delete your personal data, please contact us by using the contact details under the "Contact Information" heading below.

You may opt-out of email marketing communication for promotional purposes by clicking on the "unsubscribe" link in marketing e-mails.

If you are a California resident, please see our Privacy Notice for California Residents for additional disclosures and information.

Read less -

Certain jurisdictions may provide you with privacy rights under applicable data protection or privacy law regarding your personal data. In particular, you may have

Date Filed 4/28/2025 3:28 PM
Suffolk County Superior
Docket Number

- be informed about your personal data;
- access your personal data;
- correct any personal data that is inaccurate;
- have your personal data erased;
- restrict or suppress the processing of your personal data;
- obtain and reuse your personal data;
- object to the processing of your personal data;
- object to how your personal data is used in automated decision making, if applicable.
- lodge a complaint with a supervisory authority; and
- obtain a copy of Standard Contractual Clauses (if applicable).

These rights may be limited, for example, if fulfilling your request would reveal personal data about another individual, or if you ask us to delete personal data which we are required by law to keep or which we need to defend claims against us.

If you are a California resident, please see our Privacy Notice for California Residents for additional disclosures and information about the personal data we have collected about you over the last 12 months and rights you may have regarding your personal data.

If you do not wish to receive our email marketing communication for promotional purposes, you may opt out by clicking on the "unsubscribe" or "opt out" link in the marketing e mails we send you.

If we process your personal data in reliance upon your consent, you can contact us at any time to withdraw your consent.

To exercise any of these rights, please contact us by using the contact details under the "Contact Information" heading below.

We will respond to such requests in accordance with the requirements of applicable data protection laws. Please note that in order to fulfil your request, we may need you to provide certain personal data to verify your identity. Depending upon applicable

Date Filed 4/28/2025 3:28 PM
Suffolk Superior Court
Docket Number

data protection and privacy law, individuals may also designate an authorized agent to exercise these rights on their behalf.

# How We Treat Do Not Track Signals

Back to contents

We do not currently commit to respond to browser "do not track" signals.

Read less –

Various browsers (i.e., Internet Explorer, Chrome, Firefox, Edge, etc.) may allow a "do not track" (DNT) setting, which sends a signal to websites visited by an individual about their browser DNT setting. At this time, there is no general agreement on how companies, like iCIMS, should interpret DNT signals. Therefore, we do not currently commit to respond to DNT signals. We will continue to monitor developments around DNT browser technology and the implementation of a standard.

# Third Party Websites and Applications

Back to contents

This notice does not apply to any personal data collected on a third-party site or through a third-party application.

Read less –

This Website may link to websites that are not owned or controlled by iCIMS. As such, this Privacy Notice does not apply to personal data collected on any third party site or by any third party application that may link to or be accessible from the Website. This Privacy Notice does not apply to personal data collected by Subscribers, our business partners, and other third parties or third party applications or services, even if this personal data is collected using our Website or at events.

# Children

Date Filed 4/28/2025 3:28 PM
Superior Court Suffolk
Docket Number

This website is not intended for anyone under the age of 18.

Read less –

The Website is not directed to or intended to be used by anyone under the age of 18. We do not knowingly collect personal data from anyone under the age of 18. If you are under 18, please do not attempt to fill out our forms or send any personal data about yourself to us. If we learn that we have collected personal data from a child under age 18, we will delete that data promptly.

# Changes to this Notice

Back to contents

Please check this notice periodically to stay informed about any updates.

Read less –

iCIMS reserves the right to update or change this Privacy Notice from time to time. If we make material changes to this Privacy Notice, we will post it to our Website home page prior to or at the time of the change becoming effective. We ask that you review the Privacy Notice periodically to stay informed about any updates or changes that we may have made.

You can see when this Privacy Notice was last updated by checking the "Effective Date" displayed at the top of this Privacy Notice.

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

# EXHIBIT 2

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

 Cheesecake Factory



← Back

# Kitchen Manager

**Location:** 210 Andover St, Peabody, Massachusetts, US, 01960

**Team:** Kitchen Management

**Req ID:** 17255

**Brand:** The Cheesecake Factory

**Compensation Range:** $55,000 - $70,000 / Year

## Job Description

### Compensation Range

$55,000 - $70,000 / Year

- Compensation may include base salary and geographic differential. This position is bonus eligible.

### Job Description

You are a seasoned restaurant leader, passionate about creating amazing dining experiences. We will utilize your talents to their fullest and provide an opportunity to advance your career. Our unique culture is one of the reasons we've been named to the Fortune 100 Best Companies to Work For® list since 2014. At The Cheesecake Factory, we know great things happen when passionate leaders gather around our table. Come join us!

### What we offer:

- Comprehensive healthcare including medical, dental and vision
- Flexible healthcare spending account
- Employee Assistance Programs
- Company-paid group life insurance, short term disability and long-term disability
- Paid time off including vacation and sick time

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

...plan with company match
- Quarterly Bonus program
- 25% discount for your party when dining in as a guest
- Eligible for up to 50% next day pay (exclusions apply)
- Tuition assistance
- Career growth opportunities

**What we're looking for:**
- At least 2 years of experience as a manager in a full-service restaurant (dining plus bar)
- Solid track record of success in previous roles, including demonstrated career growth
- Strong interpersonal and communication skills
- Dependable and motivated with a strong work ethic
- Able to stand, sit, squat or walk for extended periods of time
- Able to grasp, reach overhead, push, lift and carry up to 50 lbs

**Who we are:**

Named to FORTUNE Magazine's "100 Best Companies to Work For®" list every year since 2014, The Cheesecake Factory is a leader in experiential dining. We are culinary-forward and relentlessly focused on hospitality. Delicious, memorable experiences created by passionate people—this defines who we are and where we are going.

We currently own and operate 353 restaurants throughout the United States and Canada under brands including The Cheesecake Factory®, North Italia®, Flower Child® and a collection of other FRC brands. Internationally, 34 The Cheesecake Factory® restaurants operate under licensing agreements. Our bakery division operates two facilities that produce quality cheesecakes and other baked products for our restaurants, international licensees and third-party bakery customers.

We are an equal opportunity employer. We are committed to creating an inclusive and welcoming workplace for all. We welcome applicants from a wide variety of identities, ideas, perspectives, backgrounds and experiences to apply. The Cheesecake Factory offers reasonable accommodations to job applicants with disabilities.
#SoCheesecake #LifeAtCheesecake

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

**APPLY**



# OR SEARCH JOBS AT OUR OTHER CONCEPTS

GRAND LUX CAFE.

**NORTH** ITALIA

FLOWER CHILD

CULINARY DROPOUT

*THE* HENRY



Zinburger

**BLANCO**

*The* ARROGANT BUTCHER

The Greene House

Olive & Ivy

wildflower AMERICAN CUISINE

*Pushing Daisies*



Equal Opportunity Employer

*Follow Us!*

© 2025 Fortune Media IP Limited.
Used Under License.

PEOPLE's Companies That Care
Logo® Is A Registered Trademark
Of TI Gotham, Inc, A Dotdash
Meredith Company. Used Under
License.

© 2025 TCF Co. LLC. All Rights
Reserved

Privacy Policy  ·  ADA

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number



‹ Home Page
_____

# Enter your email

Email



Next

Application FAQs



Software Powered by iCIMS

www.icims.com



APPLY INTERNALLY

INTERNATIONAL
OPPORTUNITIES

FAQ

**Sign up for job alerts**
to receive the latest job
openings

SIGN UP

Equal Opportunity Employer

© 2024 Fortune Media IP Limited. Used
Under License.

© 2022 TCF Co. LLC. All Rights
Reserved

  

Privacy Policy    ·    Accommodations

Returning Candidate? Log back in!

# Kitchen Manager

US MA Peabody

4 days ago

①————————————————————②

Candidate Profile

## Candidate Profile

Please be sure to fill out all required fields
* indicates a required field.

Connect your account

## Resume

- Provide your resume below to pre-fill your profile. Existing data in the form will be replaced:

Please upload your resume (max size: 5 MB)

| My Computer |

| Google Drive |

| Dropbox |

| OneDrive |

## Enter your information

Legal First Name*

Legal Last Name*

Email*

████████████████

Phones - Please do not include letters or special characters when entering your phone number (1)*

Type*

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

Number (Ex: 8188713000)*

[                                                                    ]

<u>Add More (Phones - Please do not include letters or special characters when entering your phone number)</u>

Is it OK for us to send you text messages, for this and future job opportunities (Message and data rates may apply)*

[ — Make a Selection —                                          ▼ ]

**Addresses - Please ensure your address is current and accurate (Please note: P.O. boxes are not acceptable as a primary address) (1)***

Type*

[                                                                  ▼ ]

Country*

[ — Make a Selection —                                          ▼ ]

State/Province*

[ Please select a country                                       ▼ ]

Street Address*

[                                                                    ]

Apartment, Suite or Space Number

[                                                                    ]

City*

[                                                                    ]

Zip/Postal Code*

[                                                                    ]

<u>Add More (Addresses - Please ensure your address is current and accurate (Please note: P.O. boxes are not acceptable as a primary address))</u>

Are you a current or former employee of The Cheesecake Factory, Grand Lux Cafe, North Italia or Fox Restaurant Concepts?*

[ — Make a Selection —                                          ▼ ]

Were you referred by a current employee?*

[ — Make a Selection —                                          ▼ ]

If so, who referred you?

[                                                                      ]

**Desired Pay (Currency / Amount)***

[ USD $  ▾ ]  [                                        ]

## Work Experience

How much experience do you have as a restaurant or kitchen manager?*

[ — Make a Selection —                                             ▾ ]

Please indicate your highest level of restaurant or kitchen management experience:*

[ — Make a Selection —                                             ▾ ]

Please indicate the industry segment in which you have at least 2 years management experience:*

[ — Make a Selection —                                             ▾ ]

**Professional Experience (1)**

Employer*

[                                                                      ]

Title*

[                                                                      ]

Start Date (Month / Day / Year)*

[        ▾ ]  [        ▾ ]  [                ]

End Date (Leave blank if still employed) (Month / Day / Year)

[        ▾ ]  [        ▾ ]  [                ]

Description

[                                                                      ]

Reason for Leaving

[ — Make a Selection —                                             ▾ ]

Add More (Professional Experience)

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

## EEO Information

Race*

> — Make a Selection — ▼

Gender*

> — Make a Selection — ▼

## Screening Questions

Do you have any schedule restrictions that would prevent you from being available for any day time or night time shift?*

> — Make a Selection — ▼

Can you perform the essential functions outlined in the job description, with or without reasonable accommodation?*

> — Make a Selection — ▼

Are you open to relocation?*

> — Make a Selection — ▼

Have you (1) served in the US Military, (2) been unemployed in the last year, (3) received food stamps, TANF, or SSI benefits; or (4) been referred by Veteran Affairs, the Ticket to Work program or a Rehabilitation Agency? (We use your answer solely to help individuals who face barriers to employment.)*

> — Make a Selection — ▼

Which of these factors are most important to you in your next job? (Ctrl + Click to select multiple reasons)*

> Work-Life Balance
> Job Satisfaction
> Career Growth Opportunities
> Relationships with Colleagues and Managers

How likely are you to stay with the company for the next year?*

> — Make a Selection — ▼

Have you ever been discharged from a job?*

> — Make a Selection — ▼

If yes, what was the reason?

> 

## Education

What is your highest level of Education Completion*

> — Make a Selection — ▼

At Will Employment and Electronic Signature

Date Filed 4/28/2025 3:48 PM
Superior Court of Suffolk
Docket Number

**At-Will Employment and Electronic Signature:**

By entering your name below, you acknowledge that you have read and accept our At Will Employment Acknowledgement and Privacy Policy.*

Enter Name Here:*

[                                                                              ]

By proceeding you agree to iCIMS Privacy Policy.

**Submit Profile**

Application FAQs



Software Powered by iCIMS

www.icims.com

---

**The Cheesecake Factory**

APPLY INTERNALLY

INTERNATIONAL OPPORTUNITIES

FAQ

**Sign up for job alerts**
to receive the latest job openings

SIGN UP

Equal Opportunity Employer

© 2024 Fortune Media IP Limited. Used Under License.

© 2022 TCF Co. LLC. All Rights Reserved

Privacy Policy  ·  Accommodations

  

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number



< Home Page                                              ▮▮ Dashboard | Log Out

# Kitchen Manager

US-MA-Peabody                                                          4 days ago

Job Specific Questions

## Job Specific Questions

* Required field.

Are you 18 years old or older?*

— Make a Selection —                                              ⌄

Are you legally allowed to work in the United States?*

— Make a Selection —                                              ⌄

Has the EEOC, other agency, or a court ever determined that you have engaged in sexual harassment or engaged in discriminatory behavior?*

— Make a Selection —                                              ⌄

Application FAQs

# iCIMS

Software Powered by iCIMS

www.icims.com

| Finish Later | Submit |

Date Filed 4/28/2025 3:28 PM
Superior Court of Suffolk age
Docket Number

███  ███  Dashboard | Log Out

# Kitchen Manager

US MA Peabody

4 days ago

**Requisition ID** 2025 17255      📍 US MA Peabody

**Requisition Post Information\* : External Company Name**  The Cheesecake Factory

**Requisition Post Information\* : External Company URL**  https://www.thecheesecakefactory.com/     📍 210 Andover St

📍 01960     **Full-time/Part-time**  Full Time

---



### Thanks for applying to The Cheesecake Factory!

We're so excited you want to join the Cheesecake Team! If we have an immediate opening that matches, we'll reach out within a few days.

We emailed you a username and password for your account. Log in to see your application status, update your profile and more.

While we're reviewing your application, check out why we're a great place to work:

Instagram

Facebook

Cakecareers.com

**Want to apply for another position?** Click here

**Want to work with your friends?** They can text CAKEJOBS to 97211 to apply.

Have a great day!

The team at Cheesecake

---

ℹ You are currently submitted to this job.

## Check out interests related to this job and subscribe to them to get email updates on related jobs:

### Subscribe to new job notifications

Kitchen Manager     No

## Compensation Range

$55,000 - $70,000 / Year

## Overview

You are a seasoned restaurant leader, passionate about creating amazing dining experiences. We will utilize your talents to their fullest and provide an opportunity to advance your career. Our unique culture

Date Filed 4/28/2025 3:28 PM
Superior Court of Suffolk
Docket Number

is one of the reasons we've been named to the Fortune 100 Best Companies to Work For® list since 2014. At The Cheesecake Factory, we know great things happen when passionate leaders gather around our table. Come join us!

**What we offer:**

- Comprehensive healthcare including medical, dental and vision
- Flexible healthcare spending account
- Employee Assistance Programs
- Company-paid group life insurance, short term disability and long-term disability
- Paid time off including vacation and sick time
- 401k plan with company match
- Quarterly Bonus program
- 25% discount for your party when dining in as a guest
- Eligible for up to 50% next day pay (exclusions apply)
- Tuition assistance
- Career growth opportunities

**What we're looking for:**

- At least 2 years of experience as a manager in a full-service restaurant (dining plus bar)
- Solid track record of success in previous roles, including demonstrated career growth
- Strong interpersonal and communication skills
- Dependable and motivated with a strong work ethic
- Able to stand, sit, squat or walk for extended periods of time
- Able to grasp, reach overhead, push, lift and carry up to 50 lbs

**Who we are:**

Named to FORTUNE Magazine's "100 Best Companies to Work For®" list every year since 2014, The Cheesecake Factory is a leader in experiential dining. We are culinary-forward and relentlessly focused on hospitality. Delicious, memorable experiences created by passionate people—this defines who we are and where we are going.

We currently own and operate 353 restaurants throughout the United States and Canada under brands including The Cheesecake Factory®, North Italia®, Flower Child® and a collection of other FRC brands. Internationally, 34 The Cheesecake Factory® restaurants operate under licensing agreements. Our bakery division operates two facilities that produce quality cheesecakes and other baked products for our restaurants, international licensees and third-party bakery customers.

We are an equal opportunity employer. We are committed to creating an inclusive and welcoming workplace for all. We welcome applicants from a wide variety of identities, ideas, perspectives, backgrounds and experiences to apply. The Cheesecake Factory offers reasonable accommodations to job applicants with disabilities.
#SoCheesecake #LifeAtCheesecake

## Options

| Refer this job to a friend |
|:---:|

Share on your newsfeed

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

**The Cheesecake Factory.**   **GRAND LUX CAFE.**   **NORTH** ITALIA    **SOCIAL MONK!**

# AT-WILL EMPLOYMENT ACKNOWLEDGMENT

I declare that the information I have provided on this application is correct and that any false statements or omissions will justify my rejection or dismissal. I authorize the company to contact any of my previous employers as well any reference source to verify the facts and information I have furnished regarding my qualifications and character. I authorize any person(s) having knowledge to provide such information to the company, and release from liability and agree to hold harmless any person that furnishes such information in good faith.

If employed by the company, I understand that I will be an at will employee and that my employment with The Cheesecake Factory Restaurant Incorporated, or any of its subsidiaries or affiliates (collectively, the Company") may be terminated at any time by myself or the Company with or without cause or advance notice. I further understand that if employed by the Company, no representative of the Company other than the Chief Executive Officer of the Company or his/her designee has any authority to modify or change the at-will nature of my employment and that any such modification must be in writing.

I understand that this is only an application for employment and is not nor shall it be considered an agreement or contract of employment. I agree to arbitrate disputes arising out of the completion of this application, and further understand that a condition of employment with the Company shall be my execution of an arbitration agreement providing for the arbitration of all disputes.

If a special government certification, license or permit is required for my position, it is a condition of any job offer extended to me by the company that I obtain such a permit prior to starting work. I also understand and acknowledge that information collected in the employment application process will be used in accordance with The Cheesecake Factory Incorporated Privacy Policy.

Equal Opportunity and E-Verify Employer

© 2024 TCF Co. LLC • All Rights Reserved
© 2024 Grand Lux Cafe LLC • All Rights Reserved
© North Restaurants, LLC 2024 • All Rights Reserved
Social Monk • Copyright © 2024. All Rights Reserved



Updated: February 2025

The Cheesecake Factory Incorporated and its parents, subsidiaries, and affiliated entities ("**The Cheesecake Factory**," "**we**", "**us**" or "**our**") respect your privacy and are committed to protecting it through our compliance with this privacy policy ("**Privacy Policy**" or "**Policy**").

This Privacy Policy describes how The Cheesecake Factory collects, uses, and discloses personal information about individuals who use our website (thecheesecakefactory.com) and all corresponding webpages, software applications, or mobile applications that link to this Privacy Policy (collectively, the "**Site**") or who otherwise interact with us online or offline (collectively, our "**Services**"). Additional policies may apply in other contexts and to other relationships you may have with us.

We may update this Privacy Policy from time to time, as permitted by law. We will post the updated Privacy Policy on this page with an updated date. We encourage you to look for updates to this Privacy Policy by checking this date when you access our Services. Your continued use of our Services after the effective date of any modification to the Privacy Policy will be deemed to be your agreement to the changed terms.

Date Filed 4/28/2025 3:38 PM
Superior Court - Suffolk
Docket Number

Services or otherwise providing personal information to us, you agree to our <u>Terms of Use</u> and our privacy practices as described in this Privacy Policy.

CONTENTS

1.   PERSONAL INFORMATION WE COLLECT & WHY WE COLLECT IT
2.   SOURCES FROM WHICH WE COLLECT PERSONAL INFORMATION
3.   COOKIES AND OTHER TRACKING TECHNOLOGIES
4.   HOW LONG WE KEEP PERSONAL INFORMATION
5.   HOW WE DISCLOSE PERSONAL INFORMATION
6.   CALIFORNIA PRIVACY RIGHTS
7.   PRIVACY RIGHTS FOR CONSUMERS IN COVERED STATES OUTSIDE CALIFORNIA
8.   INTERNATIONAL VISITORS
9.   PRIVACY RIGHTS FOR RESIDENTS OF CANADA
10.   DISCLOSURES RELATING TO OUR REWARDS PROGRAM AND OTHER OFFERS
11.   EMAIL PREFERENCES
12.   THIRD-PARTY SITES AND SERVICES
13.   SECURITY OF YOUR PERSONAL INFORMATION
14.   CHILDREN'S PRIVACY
15.   CONTACT US


## 1. PERSONAL INFORMATION WE COLLECT & WHY WE COLLECT IT

In this Policy, "**personal information**" means information that, alone or in combination with other information, identifies, relates to, describes, is reasonably capable of being associated with, or could reasonably be linked, directly or indirectly, with you. Personal information does not include information that is publicly available, anonymized, or deidentified as defined by applicable privacy legislation.

Generally, we collect the following categories of personal information, which we use for the listed business or commercial purposes:

| Category of Personal Information | Purposes for Collection |
|---|---|
| **Identifiers** and **Personal records**, including real name, alias, signature, postal address, telephone number, unique personal identifier, online identifier, IP address, email address, account name, or other similar identifiers, employment, employment history, credit card number, debit card number, or other financial information provided by you (*This category includes the information described in Cal. Civ. Code § 1798.80(e)*)<br><br>**Commercial information,** including records of personal property, products or services purchased, | To process your requests and provide our products and Services<br><br>To maintain your account with us<br><br>To communicate with you<br><br>For marketing, advertising, and promotions<br><br>For research, analysis and development, including to maintain and improve our products and Services, for auditing, and for other related business purposes<br><br>To create and deliver personalized content<br><br>To administer contests, sweepstakes, promotions, and surveys<br><br>Detecting, investigating, or protecting against malicious, deceptive, fraudulent or illegal activity |

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

| | |
|---|---|
| obtained, or considered, or other purchasing or histories or tendencies | To respond to reviews, comments, or other feedback you provide us |
| **Characteristics of protected classifications** under federal or California law, including age and date of birth, gender | For research, analysis and development, including to maintain and improve our products and Services, for auditing, and for other related business purposes<br><br>For marketing and promotions (e.g., to celebrate your birthday) |
| **Internet or other electronic network activity information,** including browsing history, search history, and information regarding your interactions with our websites, applications, or advertisements | To process your requests and provide our products and Services<br><br>To maintain your account with us<br><br>To facilitate locating The Cheesecake Factory location nearest to you<br><br>For marketing, advertising, and promotions<br><br>For research, analysis and development, including to maintain and improve our products and Services, for auditing, and for other related business purposes<br><br>To create and deliver personalized content<br><br>Detecting, investigating, or protecting against malicious, deceptive, fraudulent or illegal activity |
| **Geolocation data** inferred from your IP address or mobile device location, which may include precise geolocation information (radius < 1,850 ft.) | To process your requests and provide our products and Services<br><br>For marketing, advertising, and promotions (non-precise location data only)<br><br>For research, analysis and development, including to maintain and improve our products and Services, for auditing, and for other related business purposes<br><br>To create and deliver personalized content<br><br>Detecting, investigating, or protecting against malicious, deceptive, fraudulent or illegal activity |
| **Audio, electronic, visual, thermal, olfactory, or similar information,** including closed-circuit audio/video and audio/video collected when you interact with us by phone or videoconferencing | To provide customer service to you<br><br>To process your requests and provide our products and Services<br><br>To communicate with you<br><br>For research, analysis and development, including to maintain and improve our products and Services, for auditing, and for other related business purposes<br><br>Detecting, investigating, or protecting against malicious, deceptive, fraudulent or illegal activity |
| **Professional or employment-related information** | To facilitate your interactions with us as a vendor or other business contact |
| **Inferences** reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes | To create and deliver personalized content<br><br>For marketing, advertising, and promotions<br><br>For research, analysis and development, including to maintain and improve our products and Services, for auditing, and for other related business purposes<br><br>Detecting, investigating, or protecting against malicious, deceptive, fraudulent or illegal activity |

In addition to the purposes described above, we may use and disclose any category of personal information we collect to respond to law enforcement requests, or as otherwise required or authorized by applicable law, court order, or governmental regulations; to protect our rights and interests and those of others; to resolve any disputes; to enforce our terms and policies; and to evaluate or conduct a merger, sale, or other acquisition of some or all of our assets. We also reserve the right to use the personal information we collect for any other purpose identified in an applicable privacy notice or agreement between you and us, or otherwise with your consent.

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

## 2. SOURCES FROM WHICH WE COLLECT PERSONAL INFORMATION

Generally, we collect the categories of personal information described above from the following categories of sources:

- Directly from you
- From our affiliated companies
- Through technologies in use on our Services (such as through cookies, pixels, and other tracking technologies)
- Created by us (e.g., if we create records pertaining to you, provide you with a login or user ID, or otherwise generate information linked to you)
- Your friends and family
- Other companies and organizations
- Service providers that help us to run our business
- Advertising networks, social networks, internet service providers, and data analytics providers
- Data brokers

## 3. COOKIES AND OTHER TRACKING TECHNOLOGIES

We use cookies, web beacons, embedded scripts, software development kits and other similar tracking technologies (collectively, "**Tracking Technologies**") that automatically collect personal information as you interact with the Services. We use Tracking Technologies to personalize your experience with our Services, support the functionality of our Site, analyze trends relating to usage of the Site, and for advertising purposes. Our Site uses first-party Tracking Technologies as well as Tracking Technologies supported by our service providers and third parties, such as advertising partners.

The length of time a cookie will stay on your device depends on whether it is a "session" or "persistent" cookie. Session cookies generally stay on your device until you stop browsing. Persistent cookies stay on your device until they expire or are deleted. We use both session cookies and persistent cookies on our Site.

In general, our Site uses cookies and other tracking technologies as follows:

- When necessary to operate our Site (for example, for security purposes or to keep items in your bag)
- To optimize the functionality of our Site, including by personalizing content for you, greeting you by name, pre-filling forms for you, and remembering your preferences (e.g., your choice of language or location)
- For purposes of ad targeting and marketing. These cookies collect information about your browsing behavior on our Site to show you relevant advertising when you visit other websites or use social media
- For analytics purposes. For example, to help us understand how our Site is used, to see what

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

interest you, and to determine how best to market our products to you. More information on website analytics is provided below

If you do not want to have cookies placed on your device, you should adjust your settings within our cookie preference center by clicking **Your Privacy Choices** in the banner below this Policy or set your browser to refuse cookies before accessing our Site. You can find more information about how to change your browser cookie settings at allaboutcookies.org, and cookiepedia.co.uk.

## Analytics

We may use analytics tools to monitor and analyze the use of our Site, including Google Analytics. Google Analytics is a web analytics service offered by Google LLC that tracks and reports Site traffic. This software may collect information such as your IP address, location, operating system, access time, duration of visit, and actions you take on our Site. Google Analytics is owned and controlled by Google LLC. Data collected by Google is subject to its privacy policy. You may opt-out of having your website activity made available to Google Analytics by installing the Google Analytics browser add-on, available here. For more information on the privacy practices of Google, please visit the Google Privacy & Terms webpage: policies.google.com/privacy.

## Online Advertising

Our Site collects information about you in order to target advertisements to you when you browse the internet or use social media. One of the tools we use for this purpose is Google Ads, which is an advertising service provided by Google. Google uses cookies and other identifiers, in combination with their own data, to show you ads based on your usage of our Site. You can personalize the ads you receive or opt out of ads from Google by visiting the Google Ads Settings page. Additional options for opting out of interest-based advertising can be found here.

## Do Not Track Signals

Some Internet browsers include the ability to transmit "Do Not Track" or "DNT" signals. Since uniform standards for "DNT" signals have not been adopted, our Site does not currently process or respond to "DNT" signals sent by browsers, mobile devices, or other mechanisms.

## 4. HOW LONG WE KEEP PERSONAL INFORMATION

We keep the categories of personal information described above for as long as is necessary for the purposes described in this Privacy Policy or otherwise authorized by law. This generally means holding the information for as long as one of the following apply:

• Your personal information is reasonably necessary to manage our operations, to manage your relationship with us, or to satisfy another purpose for which we collected the information;

• Your personal information is reasonably necessary to carry out a disclosed purpose that is

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

• incompatible with the context in which the personal information was collected;
• The personal information is reasonably required to protect or defend our rights or property (which will generally relate to applicable laws that limit actions in a particular case); or
• We are otherwise required or permitted to keep your personal information by applicable laws or regulations.

Where personal information is used for more than one purpose, we will retain it until the purpose with the latest period expires.

## 5. HOW WE DISCLOSE PERSONAL INFORMATION

We disclose personal information to our affiliates, service providers, and contractors in the following circumstances:
• Performing services (including processing, maintaining, or collecting personal information) on our behalf related to the operation of our business and/or the Services (e.g., fulfilling and delivering orders, processing payments, supporting our promotions, contests, gift cards or loyalty programs, and providing communications, technical, analytical, web hosting, cloud hosting, or other services)
• Auditing related to ad impressions
• Ensuring security and integrity of personal information
• Debugging to identify and repair errors that impair existing intended functionality
• Short-term, transient use, including, but not limited to, non-personalized advertising
• Providing advertising or marketing services on our behalf (except for cross-context behavioral advertising)
• Undertaking internal research for technological development and demonstration
• Undertaking activities to verify or maintain the quality or safety of our Services
• To comply with applicable laws and regulations
• For safety and security
• Detecting, protecting against, or addressing malicious, deceptive, fraudulent, or illegal activity

In addition to the purposes described above, we may use and disclose any category of personal information we collect to respond to law enforcement requests, or as otherwise required or authorized by applicable law, court order, or governmental regulations; to protect our rights and interests and those of others; to resolve any disputes; to enforce our policies; and to evaluate or conduct a merger, sale, or other acquisition of some or all of our assets.

Please note that we may use and disclose, without restriction, deidentified, aggregated or anonymized information, which is information that does not identify any specific individual.

### *Targeted Advertising, Sales, and Sharing of Personal Information*

Although we do not sell personal information in exchange for money, some of the ways in which

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

personal information for targeted advertising may be considered "sales" or "sharing" under US state privacy laws. Listed below are the categories of personal information we share for purposes of targeted/cross-context behavioral advertising or otherwise "sell" for non-monetary consideration:

- Identifiers
- Personal records
- Commercial information
- Internet or other electronic network activity information
- Geolocation data (non-precise)
- Inferences

The types of third parties to which personal information is sold or shared are third-party advertisers and some analytics vendors. The purposes for which we sell/share this information include showing you relevant ads while you browse the internet or use social media; marketing, advertising, certain types of analytics, or similar purposes. We do not have actual knowledge that we sell or share the personal information of consumers under 16 years of age. If you would like to opt out, please see the information below for your state of residence.

Our uses of personal information are not sales under Nevada law. If you have any questions or if you would like to receive notice by email in the event we should engage in "sales" of personal information under Nevada law in the future, please contact us using the contact information provided below.

## 6. CALIFORNIA PRIVACY RIGHTS

This section supplements the other parts of our Policy and provides disclosures for California residents under the California Consumer Privacy Act (the "CCPA").

*Right to Know*

California residents have the right to request more information regarding the following:

- The categories of personal information we have collected about you, including:
  - The categories of sources from which the personal information was collected
  - Our business or commercial purposes for collecting, selling, or sharing personal information
  - The categories of recipients to which we disclose personal information
  - The categories of personal information that we sold, and for each category identified, the categories of third parties to which we sold that particular category of personal information
  - The categories of personal information that we disclosed for a business purpose, and for each category identified, the categories of recipients to which we disclosed that particular category of personal information

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

the specific pieces of personal information we have collected about you.

*Deletion*

California residents have the right to request the deletion of personal information we collected from you, subject to certain exceptions. Where we use deidentification to satisfy a deletion request, we commit to maintaining and using the information in deidentified form and will not attempt to reidentify the information.

*Correction*

If you believe that personal information we maintain about you is inaccurate, you may submit a request for us to correct that information. Upon receipt of a verifiable request to correct inaccurate personal information, we will use commercially reasonable efforts to correct the information as you direct.

*Right to Opt Out*

California residents can opt out of the sale or sharing of their personal information through Tracking Technologies by clicking **Your Privacy Choices** in the banner below this Policy. You may also opt out of the sale or sharing of your personal information through an opt-out preference signal, such as the Global Privacy Control. If you choose to use a browser-based opt-out signal, you will be opted out of cookie-based sales or sharing of personal information, and will need to turn it on for each browser you use. To submit a request to opt out of offline sales and sharing, please use our webform.

*Right to Limit Use and Disclosure of Sensitive Personal Information*

We do not use sensitive personal information for purposes to which the right to limit use and disclosure applies under the CCPA.

*Submitting Requests Relating to Your Personal Information*

To exercise your right to know, right to delete, or right to correct under the CCPA, please use our webform or call us at 1-866-458-2951. Please note that if you submit a request, you will be asked to provide 2-3 pieces of personal information that we will match against our records to verify your identity. You may designate an authorized agent to make a request on your behalf; however, you will still need to verify your identity directly with us before your request can be processed. An authorized agent may submit a request on your behalf using our webform or toll-free number.

*Right to Non-Discrimination for the Exercise of Your Privacy Rights*

If you choose to exercise any of your privacy rights under the CCPA, you also have the right not to receive discriminatory treatment by us.

*California's Shine the Light Law*

California residents may request a list of the third parties to which we have disclosed personal information, as defined under California Civil Code Section 1798.83(e) (a/k/a the "**Shine the Light Law**"), during the preceding calendar year for third-party direct marketing purposes. To make such a request, please call or write to us using the contact information provided at the end of

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number
Your request, please specify that you want "The Cheesecake Factory's California Shine the Light Notice."

## 7. PRIVACY RIGHTS FOR CONSUMERS IN COVERED STATES OUTSIDE CALIFORNIA

If you are a consumer who lives in Colorado, Connecticut, Oregon, Texas, Utah or Virginia, you have the right to submit certain requests relating to your personal information as described below. If you are a resident of California, please review our California-specific disclosures, above.

### Access and Data Portability

You have the right to confirm whether we are processing your personal information, to access your personal information, and to obtain a copy of your personal information in a portable format. Oregon consumers may also request a list of third parties to which we disclosed Personal Information.

### Correction

You have the right to request that we correct inaccuracies in your personal information, taking into account the nature of the personal information and our purposes for processing it.

### Deletion

You have the right to request that we delete your personal information, subject to exceptions.

### Right to Opt Out

You have the right to opt out of the following uses of your personal information: (a) targeted advertising; (b) the sale of personal information; and (c) profiling in furtherance of decisions that produce legal or similarly significant effects concerning your economic situation, health, personal preferences, interests, reliability, behavior, location, or movements. We do not sell personal information in exchange for money or engage in practices that qualify as profiling producing legal or similarly significant effects under applicable state privacy law. To opt out of targeted advertising / non-monetary "sales" of personal information via Tracking Technologies, please click **Your Privacy Choices** in the banner below this Policy. To submit a request to opt out of offline transfers of personal information for these purposes, please use our webform (thecheesecakefactory.com/corporate_information/dsr ). If you are an authorized agent submitting an opt-out request on behalf of a consumer where allowed by state law, please use the webform or toll-free number listed below. We use commercially reasonable efforts to authenticate the identity of the consumer to whom the request relates and the authorized agent's authority to act on the consumer's behalf.

### Right to Appeal

Sometimes we are unable to process requests relating to your personal information, in which case, your request will be denied. If your privacy rights request has previously been denied by us and you believe we denied it in error, you may appeal for reconsideration of your request using our webform or toll-free phone number.

### Submitting Requests Relating to Your Personal Information

To make a request to access, correct, or delete your personal information, please use our webform or call us at 1-866-458-2951. Please note that we may need to authenticate your

Date Filed 4/28/2025 3:28 PM
Superior Court-Suffolk
Docket Number

your request can be processed. For authentication, you will be asked to provide 2-3 pieces of personal information that we will match against our records to verify your identity.

## 8. INTERNATIONAL VISITORS

The Cheesecake Factory operates and is based in the United States. If you are using our Site outside the United States, please be aware that information we obtain about you will be transferred to and processed in the United States or other jurisdictions outside your own, and may be accessed by the courts, law enforcement and national security authorities in those jurisdictions. By using our Site or otherwise providing your personal information to us, you acknowledge and consent to the international transfer and processing of your personal information as described in this Privacy Policy. Please be aware that the data protection laws and regulations that apply to your personal information transferred to the United States or other countries may be different from the laws in your country. If you do not want your information transferred to or processed or maintained outside of the country or jurisdiction where you are located, you should not use the Site or Services.

## 9. PRIVACY RIGHTS FOR RESIDENTS OF CANADA

If you would like to submit a request to access, correct, erase or obtain a copy of personal information we maintain about you, or if you would like to receive written information about our policies and practices regarding service providers outside of Canada, please use our webform. We may require specific information from you to help us verify your identity prior to processing your request. Applicable law may require or permit us to decline your request. If we decline your request, we will tell you why, subject to any legal restrictions on disclosing this information.

## 10. DISCLOSURES RELATING TO OUR REWARDS PROGRAM AND OTHER OFFERS

*California Notice of Financial Incentive*

Summary

We offer a rewards program, Cheesecake Rewards, that provides benefits to those who choose to participate. Participation requires you to provide some personal information to us, such as Identifiers, Personal Records, Commercial Information, Characteristics of Protected Classifications (e.g., date of birth), Internet or Other Electronic Network Activity Information, Geolocation Data, and Inferences. The incentives associated with our rewards program are designed to reward loyal customers based on certain purchases and other related activities. From time to time, we may also offer coupons, special offers, or other discounts to consumers who sign up for our promotional communications by providing us with certain personal information, such as an email address or a phone number.

Material Terms

Participation in Cheesecake Rewards requires you to create an account and allow us to associate your qualifying purchases and activities with that account. Based on your qualifying purchases and activities, you can earn rewards such as access to reservations, a complimentary slice of cheesecake for your birthday, and other special rewards. For the full Cheesecake Rewards terms,

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

here. Additional terms may apply to our other promotions.

## How to Sign Up

You can sign up for Cheesecake Rewards and opt into the financial incentives associated with that program, by completing the form found here.

## Right to Withdraw

You have the right to withdraw from our rewards program and other financial incentives at any time. You may withdraw by calling 1-866-458-2951. If you would like to stop receiving our marketing communications, please see the instructions provided in this Policy, below.

## Value of Financial Incentive

The value of the benefits provided varies as individuals take advantage of our financial incentive offerings to different degrees. For example, Cheesecake Rewards members may receive access to reservations, a complimentary slice of cheesecake for your birthday, and other special rewards. We estimate that the value of consumers' personal information provided in connection with our rewards program is equivalent to the relevant expenses related to the collection and storage of that personal information. Any difference in price or benefits provided to customers who participate in our rewards program or other financial incentives is reasonably related to the value of the personal information provided, taking account of the fact that the primary purpose of our rewards program is to offer discounts and other benefits to our loyal customers.

## *Loyalty Program Disclosures for Colorado Residents*

The purpose of this section is to notify Colorado consumers of how we use personal information in connection with your participation in our loyalty program, Cheesecake Rewards. You have the right to delete your personal information associated with your Cheesecake Rewards account, however if you delete your personal information, we will be unable to link your rewards to your account, and therefore you will be unable to receive benefits from the program.

The chart below identifies the categories of personal information collected through the Cheesecake Rewards program that we sell or process for targeted advertising, and the third parties who receive these categories of personal information.

| Categories of Personal Information | Third Parties |
| --- | --- |
| Identifiers | Third-Party Advertisers |
| Personal records | Loyalty Program Partners as described below |
| Commercial information | |
| Characteristics of protected classifications (e.g., date of birth) | |
| Internet or other electronic network activity information | |
| Geolocation data | |
| Inferences | |

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

The table below identifies our loyalty program partners, and the program benefits provided by each partner.

| Loyalty Program Partners | Benefits Provided |
|---|---|
| Partner Businesses | Enhanced or additional rewards or discounts |
| Third-Party Associations and Organizations | Enhance or additional rewards or discounts for members of both Cheesecake Rewards and a partner organization |

For more information about how we process your personal information, please click here.

## 11. EMAIL PREFERENCES

In order to provide service to you, we may send you email communications related to your transactions, security, or the administration of our Site. From time to time, we may also send you other messages or updates about The Cheesecake Factory, our Site, and promotions or other activities. If you do not wish to receive promotional email communications from The Cheesecake Factory, you can unsubscribe by clicking on the "unsubscribe" link found in our commercial email messages, or by contacting us as provided below.

Please note that if you opt-out of our promotional emails, we may still send you email messages related to your account or any Services you request from us. Unsubscribing from our promotional emails will not affect the level or quality of service we provide to you.

## 12. THIRD-PARTY SITES AND SERVICES

Our Services may provide links or otherwise facilitate access to other websites or online services, including social media services. These links and other features are intended for your convenience only. These third-party websites and services are not related to The Cheesecake Factory and may have separate privacy policies and data collection practices.
Certain features of our Services may permit you to interact with social media networks operated by unaffiliated parties, for example, if you "like" or "follow" us on those platforms ("**Social Features**"). If you choose to "like" or share content or post information using Social Features, that information may be publicly displayed, and the party operating the social media platform may receive information about you and your use of our Services. Similarly, if you interact with us through Social Features, we may have access to information about you from the social media platform. In addition, we may track when you like us, follow us, or share our content on social media platforms. You should review the terms, policies, and settings of the platforms you use to learn more about their data practices and adjust your settings accordingly.

## 13. SECURITY OF YOUR PERSONAL INFORMATION

We have implemented commercially reasonable and appropriate steps to protect personal information from loss, misuse and unauthorized access, disclosure, alteration, or destruction. Please keep in mind, however, that there is no such thing as perfect security, and no internet transmission is ever completely secure or error-free. Moreover, you are responsible for maintaining the confidentiality of any username and password you use for our Services.

## 14. CHILDREN'S PRIVACY

Our Site and online Services are not directed toward children under the age of 16 and we do not knowingly collect any personal information from children under the age of 16. If a child under 16 provides our Site or online Services with personal information, we ask that a parent or guardian

contact us described below so that we may promptly delete the information.

## 15. CONTACT US

If you have any questions about this Policy, please call or write us at:

Email:   privacyofficer@thecheesecakefactory.com

Phone:   1-866-458-2951

Mail:   The Cheesecake Factory Incorporated

Attn: Privacy Officer

26901 Malibu Hills Road, Calabasas Hills, CA 91301

The Cheesecake Factory is the controller of your personal information processed under this Privacy Policy. The Cheesecake Factory also does business as The Cheesecake Factory Restaurants, Inc.



RESTAURANT INFORMATION ⌄

SHOP ⌄

ADDITIONAL INFORMATION ⌄

SIGN UP FOR  Cheesecake Rewards.

*Follow Us!*

Terms of Use  |  Privacy Policy  |  Web Accessibility  |  Cheesecake Rewards® Terms of Use  |  Your Privacy Choices

© 2025 TCF Co. LLC. All Rights Reserved.

Date Filed 4/28/2025 3:25 PM
Superior Court - Suffolk
Docket Number



Effective Date: February 3, 2025

Expand all sections +

**Please note, this Privacy Notice is available at** www.icims.com **and its related domains and subdomains, including, but not limited to,** www.icims.com/en-gb/ **(each the "Website" as applicable). iCIMS maintains other privacy notices to address specific use cases applicable to iCIMS, which are available at the following locations:**

- If you are an iCIMS Subscriber, please refer to www.icims.com/legal/privacy-notice-services for the iCIMS Services Privacy Notice relating to the iCIMS recruiting platform
- If you are a California resident, please refer to https://www.icims.com/legal/ccpa-privacy-notice/ for the Privacy Notice for California Residents that contains additional disclosures and information about our privacy practices with respect to the collection, use, and disclosure of personal data of California residents.
- If you are an applicant for a job or interested in potential employment opportunities at iCIMS, please refer to https://www.icims.com/legal/talent-acquisition-privacy-notice/ for the iCIMS Job Applicant Privacy Notice relating to applying for a job at iCIMS and iCIMS' recruitment process.
- If you are an iCIMS employee, please refer to https://www.icims.com/legal/employee-privacy-notice/ for the iCIMS Employee Privacy Notice relating to employment at iCIMS.
- If you are an authorized user of iCIMS Academy, please refer to https://www.icims.com/legal/academy-privacy-notice/ for the iCIMS Academy Privacy Notice relating to iCIMS' training platform for customers and partners.

# Introduction

Back to contents

The purpose of this notice is to give you a better understanding of who we are and our practices with respect to your personal data obtained in connection with the use of

Date Filed 4/28/2025 3:28 PM
Suffolk County Superior
Docket Number
our website and our marketing efforts.

Read less –

iCIMS, Inc. and its subsidiaries, iCIMS International, LLC, TextRecruit, Inc., Opening HR Limited, EasyRecrue S.A.S., Candidate ID Ltd, and SkillSurvey, Inc. (collectively, "iCIMS," "we," or "us"), respects the privacy of its subscribers, prospects, business partners, event attendees, employees, job applicants, and website and mobile application users (collectively, "you"), and we are committed to protecting their respective personal data. To that end, we have put together this Privacy Notice ("Privacy Notice") to give you a better understanding of who we are and our practices with respect to the collection, use, disclosure, and retention of personal data obtained in connection with the use of our Website and our marketing efforts.

For purposes of this Privacy Notice:

- The term "personal data" means any information which relates to an identified or identifiable, living individual that directly or indirectly references one or more factors specific to their physical, physiological, mental, economic, cultural, or social identity. Personal data excludes anonymous data.

Please take the time to read this Privacy Notice and the related statements in their entirety to ensure you are fully informed. If you have any questions or concerns about our processing of your personal data, please contact us by using the contact details under the "Contact Information" heading below.

Services Privacy Notice. Our Services Privacy Notice covers our privacy practices with respect to the collection, use, and disclosure of personal data obtained in connection with the use of our Subscription and related services, including professional services and trainings that we provide to Subscribers. It also describes our privacy practices with respect to Subscriber and partner contact information we process for Subscriber account, contract, and billing management purposes (e.g., the processing of

Date Filed 4/28/2025 3:28 PM
Superior Court
Docket Number

Subscriber address and billing information) in connection with the use of our subscription and services and services, or technology provided by our partners to our Subscribers. For clarity, iCIMS collects personal data under the direction of its Subscribers and has no direct relationship with the Subscribers' candidates. If you are a candidate of one of our Subscribers, please contact that Subscriber.

Talent Acquisition Privacy Notice. Our Talent Acquisition Privacy Notice covers our privacy practices in connection with an individual's application for employment or interest in potential employment opportunities at iCIMS.

# How We Obtain Your Personal Data

Back to contents

iCIMS collects several types of personal data about you that broadly fall into 3 categories:

1. Personal data you voluntarily provide to us. Examples of when you may provide this information include: when interacting with a form or chatbot on our website, contacting us, completing our surveys, registering for an event or demo, visiting our offices, and reporting an incident. Personal data may include your name, contact details, and company/job information.
2. Personal data from third parties, such as personal data related to your registration for events. We also use third parties for reporting and analytics purposes and may combine personal data from third parties with personal data you provide.
3. Data we collect as you navigate through the website. This may include information about your device and online activity. iCIMS uses cookies. You can manage your preferences for the website's cookies here: .

Read less -

As further described below, we collect several types of personal data from and about you that broadly falls into the following three (3) categories:

1. *Personal data you voluntarily provide to us*:

Date Filed 4/29/2025 3:28 PM
Superior Court Suffolk
Docket Number

filling out forms on our Website.

- When you register for a demo of our software or services.
- When you interact with a chatbot on our Website.
- When you enter a contest or promotion we sponsor.
- When you contact us.
- When you complete one of our surveys.
- When you register for or attend an event.
- When you visit our corporate offices.
- When you report an incident or concern or ask a question.

In each case, the personal data collected may include (but is not limited to):

- First name
- Last name
- Business or preferred mailing address
- Business or preferred email address
- Business or preferred telephone number
- Company or organization name
- Job title or role

If we ask you to provide any other personal data not described above, then the personal data we will ask you to provide, and the reasons why we ask you to provide it, will be made clear to you at the point we collect it. If we ask you to provide personal data that we consider to be mandatory for us to administer your relationship with us, we will inform you of such at the time of collection. In addition, we will also inform you of the consequences for not providing us with the mandatory personal data.

*2. Personal data from third parties.*

From time to time, we may collect and use personal data we receive about you from third parties in connection with your use of the Website or attendance at an event. For instance, we may receive personal data about you from our business partners related to your registration information for events. We also use third parties for reporting and analytics to measure the effectiveness of our Website and marketing efforts, and to identify areas for improvement.

Date Filed 4/28/2025 3:28 PM
Suffolk County Superior Court
Docket Number

We can combine personal data we collect from third parties with personal data you provide us to update, expand, or provide you with tailored information regarding our software, services, and events.

3. *Data we collect as you navigate through the Website.*

As is true of most websites, we gather certain data automatically. This data may include Internet protocol ("IP") addresses, browser type, Internet service provider ("ISP"), referring/exit pages, the files viewed on our site (e.g., HTML pages, graphics), operating system, date/time stamp, and/or clickstream data to analyze trends in the aggregate and administer the site.

iCIMS and its third parties use cookies or similar technologies to analyze trends, administer the Website, track users' movements around the website, and to gather demographic data about our user base as a whole. You can control the use of cookies at the individual browser level, but if you choose to disable cookies, it may limit your use of certain features or functions on our website or service. You can also manage your preferences for the Website's cookies by using the Cookie Preference Centers found in the Website's cookie banners, and which can also be accessed here: .  For more information about our use of cookies and similar technologies, please see our Cookie Notice.

# How We Use Your Personal Data

Back to contents

iCIMS uses your personal data to:

- Operate, maintain, and improve our Website
- Communicate with you
- Provide you with information or access to our corporate offices
- Comply with legal requirements or contractual obligations
- Notify you about changes to our Website or obtain consent
- Perform industry analysis, benchmarking, analytics, and other business purposes

Date Filed 4/28/2025 3:28 PM
Superior Court Suffolk
Docket Number

- ... track your browsing and email actions for analytics and advertising purposes
- Contact you for marketing purposes, in accordance with your marketing preferences
- Prevent and detect fraud

Our processing of personal data includes automated methods of processing, including sentiment analysis, machine learning, artificial intelligence, and generative intelligence capabilities.

We may also partner with third parties to either display advertising on our Website or to manage our advertising on other sites. Our third parties may use technologies such as cookies to gather data about your activities on the Website and other websites to provide you advertising based upon your browsing activities and interests. If you wish to not have this data used for the purpose of serving you interest-based ads, select "Read More +" to learn about your options.

Read less -

We may use personal data that we collect about you for the following purposes:

- To operate, maintain, and improve our Website.
- To communicate with you about events or register you for events you sign up for with us.
- To provide you access to our corporate offices.
- To provide you with information, software, or services that you request from us.
- To carry out our obligations and enforce our rights arising from any contracts entered into between you and iCIMS, including, but not limited to, our Website Terms of Use.
- To notify you about changes to our Website or obtain any required consent.
- To allow you to participate in interactive features of our Website, when you choose to do so, such as chatbots of community forums.
- For industry analysis, benchmarking, analytics, marketing, and other business purposes.
- To track your browsing and email actions, such as the pages you visited over time, for analytics and advertising purposes.

contact you for marketing purposes, in accordance with your marketing preferences (e.g., we may use your personal data to contact you to further discuss your interests in our software and services or other events), including, but not limited to, promotional offers for our software or services or third parties' products or services. If you do not wish to receive our email marketing communication for promotional purposes, you may opt out by clicking on the "unsubscribe" or "opt out" link in the marketing e mails we send you.

- To comply with applicable laws, judicial requests from courts of competent jurisdiction, or exercising or defending legal rights.
- To prevent and detect fraud or other types of wrongdoing.
- To communicate with you about incidents, concerns, or questions that you submit to us.
- To evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of our assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal data held by us is among the assets transferred.
- To fulfill the purpose for which you provide it.
- For other lawful or legitimate purposes, which may be reasonably required for day-to-day operations.

Our processing of Personal Data for the purposes described in this Privacy Notice also includes the use of automated methods of processing, including sentiment analysis, machine learning, artificial intelligence, and generative intelligence capabilities. to analyze your Personal Data, determine trends, or create AI-generated responses or other content. When you interact with the chatbot on our Website, we may also store the transcript for the purposes described in this Privacy Notice.

We may also partner with third parties to either display advertising on our Website or to manage our advertising on other sites. Our third parties may use technologies such as cookies to gather data about your activities on the Website and other websites to provide you advertising based upon your browsing activities and interests. If you wish to not have this data used for the purpose of serving you interest-based ads, you may opt-out from many third parties through the Digital Adverting Alliance's self-regulatory

Date Filed 4/28/2025 3:28 PM
Suffolk County
Docket Number

opt-out by clicking here or the Network Advertising Initiative's self-regulatory opt-out by clicking here (or if you are located in the Economic European Area ("EEA"), the United Kingdom ("UK"), or Switzerland through the European Interactive Digital Advertising Alliance's self-regulatory opt-out by clicking here). Please note that you will continue to receive generic ads. iCIMS uses online advertising services from Microsoft. To provide such advertising services, Microsoft collects Personal Data from you in accordance with the Microsoft Privacy Statement available at https://privacy.microsoft.com/en-us/privacystatement. iCIMS uses Google Ads services. Google processes certain Personal Data as a controller in connection with these services. Information about how Google uses information from sites, apps or other properties that use its services, including Google's processing of Personal Data as a controller for such services, is available at https://business.safety.google/privacy/. iCIMS uses online analytics services from Google. If you do not want your data collected with Google Analytics, you can install the Google Analytics opt-out browser add-on. To opt-out of Google Analytics, visit the Google Analytics opt-out page (located at https://tools.google.com/dlpage/gaoptout) and install the add-on for your browser. For more details, visit the "Google Analytics opt-out browser add-on" page (located at https://support.google.com/talent-cloud-recruiting/platform/recruiting-analytics/answer/181881?hl=en). For more information about how you can manage cookies related to analytics and targeted advertising, please see our Cookie Notice.

If we need to process your personal data for an incompatible purpose not discussed in this Privacy Notice, we will provide notice to you and, if required by law, seek your consent. We may process your personal data without your knowledge or consent only where required by applicable law.

# How We Share Your Personal Data

Back to contents

iCIMS does not sell your personal data.

Date Filed 4/28/2025 3:28 PM
Superior Court of the
Docket Number

We may share your personal data with those who need access to perform their duties, including:

- To our service providers acting on our behalf
- To our subsidiaries, investors, or potential buyers
- To a third party under specific circumstances or as required by law

Read less -

iCIMS takes care to allow your personal data to be accessed only by those who need such access to perform their tasks and duties, and to third parties who have a legitimate purpose for processing or accessing it. As such, we may share your personal data as described in this Privacy Notice to the following categories of recipients:

- To our subsidiaries, affiliates, or their or our successors or assigns.
- To our private equity investor, Vista Equity Partners, and its affiliates, contractors, service providers, and other third parties, including Vista Consulting Group, which will process the personal data on the basis of its legitimate interests in overseeing the administration, research, and business operations of iCIMS.
- To our contractors, business partners, service providers, and other third parties who require the data to assist us in supporting our business (e.g., third-party hosting facilities) or third parties with products, services or positions that may be of interest to you, provided such parties provide at least the same level of privacy protection as is required of iCIMS. These companies are authorized to use your personal data only as necessary to provide these services to us.
- To a potential buyer (and its agents and advisors) in connection with any proposed merger, acquisition, or any form of sale or transfer of some or all of our assets (including in the event of a reorganization, dissolution or liquidation), in which case, personal data held by us about you will be among the assets transferred to the buyer or acquirer.
- To a third party under the following circumstances where we, in good faith,: (i) believe we are compelled by applicable law or regulation, judicial request from a court of competent jurisdiction, or another legal process or government authority; (ii) find it necessary to exercise, establish or defend our legal rights;

Date Filed 4/28/2025 3:28 PM
Superior Court Suffolk
Docket Number

seek to enforce or apply our Website Terms of Use or terms of any other agreement; (iv) seek to protect iCIMS' rights or property; (v) seek to protect iCIMS, our Subscribers, or the public from harm or illegal activities; (vi) seek to respond to an emergency which we believe, in good faith requires us to disclose data to prevent harm; or (vii) rely on your consent.

Please note that we do not sell (as defined in applicable data protection and privacy laws) your personal data (and will not sell it without providing any required notices and/or opt-in/opt-out rights).

# Legal Basis for Processing Personal Data

Back to contents

Our legal basis for processing your personal data vary based on the data and the context. However, we normally process your personal data according to the following legal bases:

- Legitimate interest
- Contractual Obligations
- Legal obligations
- Security reasons
- We obtained your consent for a limited circumstance

Read less -

If you are a resident of the EEA, the UK, or Switzerland, our legal basis for collecting and using the personal data described above will depend on the personal data concerned and the context in which we collect it. However, we will normally collect and/or process your personal data pursuant to one or more of the following legal bases:

- The processing is in our legitimate interests which do not override your data protection interests or fundamental rights and freedoms.
- The processing is necessary to perform a contract with you.
- The processing is necessary to comply with our legal obligations.
- We may also seek your consent to process or retain your personal data in certain, limited circumstances that we clearly identify to you.

Date Filed 4/28/2025 3:28 PM
Superior Court - Suffolk
Docket Number

In some limited cases, we may need the personal data to protect your vital interests or those of another person; for example, we may need to share your personal data with third parties for security reasons (when we believe in good faith that disclosure is necessary to protect our rights, protect your or others' safety, to investigate fraud, or respond to a related government request).

If we ask you to provide personal data to comply with a legal requirement or to perform a contract with you, we will make this clear at the relevant time and let you know whether the provision of your personal data is mandatory or not (as well as the possible consequences if you do not provide it). Similarly, if we collect and use your personal data in reliance on our legitimate interests (or those of a third party) that are not listed above, we will make clear to you at the relevant time what those legitimate interests are. If you have questions about or need further information concerning the legal basis on which we collect and use your personal data, please contact us using the contact details provided in the "Contact Information" section below.

# International Transfers

Back to contents

iCIMS transfers personal data to other countries in accordance with applicable privacy laws. For transfers outside of the EEA, the UK, or Switzerland. iCIMS will implement appropriate safeguards to protect your personal data as defined in the GDPR, including Standard Contractual Clauses.

Read less –

iCIMS or its appointed service providers or contractors may collect, use, process, store and disclose your personal data outside of your home jurisdiction, including in the U.S., and in some cases, other countries, for the purposes described in this Privacy Notice. These countries may have data protection and privacy laws that are different than the laws of your home country. iCIMS only transfers personal data to another country in accordance with applicable data protection and privacy laws, provided there are

Date Filed 4/28/2025 3:28 PM
Superior Court
Docket Number

adequate protections in place for the personal data. A list of iCIMS' global offices is available here.

If your personal data is processed within the EEA, the UK, or Switzerland, and for onward transfers of personal data to iCIMS' appointed service providers or contractors, iCIMS and its appointed services providers or contractors will protect your personal data (as defined in the European Union's ("EU") General Data Protection Regulation ("GDPR")) when it is transferred outside of the EEA, UK, or Switzerland by:

- Processing it in a territory which the European Commission (or other relevant governmental authority) has determined provides an adequate level of protection for personal data; or
- Otherwise implementing appropriate safeguards to protect your personal data, including through the use of Standard Contractual Clauses or another lawful transfer mechanism approved by the European Commission (or other relevant governmental authority).

If you require further information about our international transfers of personal data, please contact us by using the contact details under the "Contact Information" heading below.

# Data Privacy Framework

Back to contents

iCIMS complies with the EU-U.S. Data Privacy Framework (DPF), the UK Extension, and the Swiss-U.S. DPF. To learn more about the Data Privacy Framework ("DPF") program and to view our certification, please visit https://www.dataprivacyframework.gov/.

iCIMS is committed to maintaining its DPF certification and will honor its obligation to comply with the DPF Principles. EEA, UK, and Swiss individuals with inquiries or complaints regarding our privacy practices should first contact iCIMS as provided in the "Contact Information" section below.

Read less –

Date Filed 4/28/2025 3:28 PM
Superior Court
Docket Number

iCIMS, Inc. and certain of its subsidiaries listed here comply with the EU-U.S. Data Privacy Framework ("EU-U.S. DPF"), the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. Data Privacy Framework ("Swiss-U.S. DPF") as set forth by the U.S. Department of Commerce. iCIMS has certified to the U.S. Department of Commerce that it adheres to the EU-U.S. Data Privacy Framework Principles ("EU-U.S. DPF Principles") with regard to the processing of personal data received from the EEA in reliance on the EU-U.S. DPF and from the UK (and Gibraltar) in reliance on the UK Extension to the EU-U.S. DPF. iCIMS has certified to the U.S. Department of Commerce that it adheres to the Swiss-U.S. Data Privacy Framework Principles ("Swiss-U.S. DPF Principles") with regard to the processing of personal data received from Switzerland in reliance on the Swiss-U.S. DPF. If there is any conflict between the terms in this Privacy Notice and the EU-U.S. DPF Principles and/or the Swiss-U.S. DPF Principles, the Principles shall govern. To learn more about the Data Privacy Framework ("DPF") program and to view our certification, please visit https://www.dataprivacyframework.gov/.

iCIMS is responsible for the processing of personal data it receives under the DPF and subsequently transfers to a third party acting as an agent on its behalf. iCIMS complies with the DPF Principles for all onward transfers of personal data from the EEA, the UK, and Switzerland, including the onward transfer liability provisions.

Although iCIMS also relies on Standard Contractual Clauses or other lawful transfer mechanisms approved by the European Commission (or other relevant governmental authority) to transfer personal data from the EEA, the UK, and Switzerland, iCIMS is committed to maintaining its DPF certification and will honor its obligation to comply with the DPF Principles.

The Federal Trade Commission has jurisdiction over iCIMS' compliance with the EU-U.S. DPF, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. DPF. In certain circumstances, iCIMS may be required to disclose personal data in response to lawful requests by public authorities, including to meet national security or law enforcement requirements.

Date Filed 4/28/2025 3:28 PM
Suffolk, ss
Docket Number

and Swiss individuals with inquiries or complaints regarding our privacy practices should first contact iCIMS as provided in the "Contact Information" section below. In compliance with the EU-U.S. DPF, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. DPF, iCIMS commits to refer unresolved complaints concerning our handling of personal data received in reliance on the EU-U.S. DPF, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. DPF to TRUSTe, an alternative dispute resolution provider based in the United States. If you do not receive timely acknowledgment of your DPF Principles-related complaint from us, or if we have not addressed your DPF Principles-related complaint to your satisfaction, please visit https://feedback-form.truste.com/watchdog/request for more information or to file a complaint. The services of TRUSTe are provided at no cost to you.

For complaints regarding DPF compliance not resolved by any of the other DPF mechanisms, you have the possibility, under certain conditions, to invoke binding arbitration. Further information can be found on the official DPF website.

# Security and Breach Notification

Back to contents

iCIMS maintains appropriate safeguards to protect personal data from accidental, unlawful, or unauthorized access. Our personnel and service providers are required to keep personal data confidential and secure.

iCIMS has a dedicated team responsible for monitoring and responding to security events.

Read less -

iCIMS maintains appropriate technical and organizational measures, including, but not limited to, reasonably designed administrative, physical, and technical safeguards, designed to protect the personal data obtained as discussed in this Privacy Notice from accidental or unlawful destruction, loss, alteration, unauthorized disclosure and access. iCIMS personnel, service providers, and contractors with access to personal

Date Filed 4/28/2025 3:28 PM
Superior Court Clerk
Docket Number

data collected as discussed in this Privacy Notice are required to keep such personal data confidential and secure. iCIMS has a dedicated team responsible for monitoring and responding to security events, and it notifies applicable parties of security or privacy incidents and data breaches in accordance with its incident response procedures and applicable law.

# Data Retention

Back to contents

We will retain your data for as long as is needed to fulfill the purpose or a legal obligation, after which we will either delete or anonymize it.

We reserve the right to use anonymous data for any legitimate business purpose.

Read less -

We use the following criteria to determine the length of time for which we retain personal data subject to this Privacy Notice:

- The purposes outlined in this Privacy Notice for which the personal data is used, and the length of time for which such data is required to achieve those purposes, including for business operations, security purposes, and legal requirements;
- Whether we are required to retain the category of personal data in order to: (i) comply with legal or contractual obligations; (ii) assert or defend against potential legal claims or as necessary to investigate theft, fraud, or other activities that are potentially (a) in violation of our policies and procedures applicable to you or (b) a violation of the law; (iii) ensure a secure online environment; and/or (iv) protect your or others' health and safety;
- The privacy impact on the individual of ongoing retention (for example, determining if our legitimate business interest is outweighed by your data protection interests or fundamental rights and freedoms); and
- The manner in which the personal data is maintained and flows through our systems and how best to manage the lifecycle of such data in light of the volume and complexity of the systems in our infrastructure and the need to maintain high integrity and availability within our systems.

Date Filed 4/28/2025 3:28 PM
Suffolk Superior Court
Docket Number

Where we have no legal obligation or ongoing legitimate business need to process your personal data, we will either delete or anonymize it or, if this is not possible (e.g., because your personal data has been stored in backup archives), then we will securely store your personal data and isolate it from any further processing until deletion is possible. As such, we reserve the right to use such anonymous data for any legitimate business purpose without further notice to you or your consent. In addition, we delete personal data if an individual makes a verifiable request to delete such personal data and no exception applies

# Cookies and Similar Technologies

Back to contents

For information about the cookies and other tracking technologies used by our Website and how to manage your settings for these cookies and technologies, please see our Cookie Notice.

# Your Privacy Rights

Back to contents

To exercise any of your privacy rights such as the right to access or delete your personal data, please contact us by using the contact details under the "Contact Information" heading below.

You may opt-out of email marketing communication for promotional purposes by clicking on the "unsubscribe" link in marketing e-mails.

If you are a California resident, please see our Privacy Notice for California Residents for additional disclosures and information.

Read less -

Certain jurisdictions may provide you with privacy rights under applicable data protection or privacy law regarding your personal data. In particular, you may have

Date Filed 4/28/2025 3:28 PM
Superior Court Suffolk
Docket Number

- be informed about your personal data;
- access your personal data;
- correct any personal data that is inaccurate;
- have your personal data erased;
- restrict or suppress the processing of your personal data;
- obtain and reuse your personal data;
- object to the processing of your personal data;
- object to how your personal data is used in automated decision making, if applicable.
- lodge a complaint with a supervisory authority; and
- obtain a copy of Standard Contractual Clauses (if applicable).

These rights may be limited, for example, if fulfilling your request would reveal personal data about another individual, or if you ask us to delete personal data which we are required by law to keep or which we need to defend claims against us.

If you are a California resident, please see our Privacy Notice for California Residents for additional disclosures and information about the personal data we have collected about you over the last 12 months and rights you may have regarding your personal data.

If you do not wish to receive our email marketing communication for promotional purposes, you may opt out by clicking on the "unsubscribe" or "opt out" link in the marketing e mails we send you.

If we process your personal data in reliance upon your consent, you can contact us at any time to withdraw your consent.

To exercise any of these rights, please contact us by using the contact details under the "Contact Information" heading below.

We will respond to such requests in accordance with the requirements of applicable data protection laws. Please note that in order to fulfil your request, we may need you to provide certain personal data to verify your identity. Depending upon applicable

Date Filed 4/28/2025 3:28 PM
Suffolk County Superior Court
Docket Number

data protection and privacy law, individuals may also designate an authorized agent to exercise these rights on their behalf.

# How We Treat Do Not Track Signals

Back to contents

We do not currently commit to respond to browser "do not track" signals.

Read less –

Various browsers (i.e., Internet Explorer, Chrome, Firefox, Edge, etc.) may allow a "do not track" (DNT) setting, which sends a signal to websites visited by an individual about their browser DNT setting. At this time, there is no general agreement on how companies, like iCIMS, should interpret DNT signals. Therefore, we do not currently commit to respond to DNT signals. We will continue to monitor developments around DNT browser technology and the implementation of a standard.

# Third Party Websites and Applications

Back to contents

This notice does not apply to any personal data collected on a third-party site or through a third-party application.

Read less –

This Website may link to websites that are not owned or controlled by iCIMS. As such, this Privacy Notice does not apply to personal data collected on any third party site or by any third party application that may link to or be accessible from the Website. This Privacy Notice does not apply to personal data collected by Subscribers, our business partners, and other third parties or third party applications or services, even if this personal data is collected using our Website or at events.

# Children

Date Filed 4/28/2025 3:28 PM
Superior Court Suffolk
Docket Number

This website is not intended for anyone under the age of 18.

Read less –

The Website is not directed to or intended to be used by anyone under the age of 18. We do not knowingly collect personal data from anyone under the age of 18. If you are under 18, please do not attempt to fill out our forms or send any personal data about yourself to us. If we learn that we have collected personal data from a child under age 18, we will delete that data promptly.

# Changes to this Notice

Back to contents

Please check this notice periodically to stay informed about any updates.

Read less –

iCIMS reserves the right to update or change this Privacy Notice from time to time. If we make material changes to this Privacy Notice, we will post it to our Website home page prior to or at the time of the change becoming effective. We ask that you review the Privacy Notice periodically to stay informed about any updates or changes that we may have made.

You can see when this Privacy Notice was last updated by checking the "Effective Date" displayed at the top of this Privacy Notice.