**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KOREY CRANE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHEESECAKE FACTORY, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-11727-ADB |

**RESPONSE TO ORDER TO SHOW CAUSE**

Counsel for Plaintiff Korey Krane ("Plaintiff") respectfully submits this response to the Court's July 28, 2025 Order to Show Cause "as to why Defendant's motion should not be ruled on as unopposed." ECF No. 12.

On June 16, 2025, Plaintiff along with Defendant The Cheesecake Factory, Inc. ("Defendant") (together with Plaintiff, the "Parties") filed a joint motion to enlarge response dates. ECF No. 5. In this motion, the Parties jointly requested that "Defendant shall have through and including July 7, 2025, to respond to Plaintiff's Complaint" and that "Plaintiff shall have through and including August 18, 2025, to oppose a motion to dismiss filed by Defendant (if any) or otherwise amend the Complaint." *Id.*

On the same day, the Court entered an electronic order "granting 5 Motion for Extension of Time to File Response to complaint to 7/7/25." ECF No. 6. Though the electronic order only mentioned Defendant's response date, Plaintiff understood that the order granted the entire motion including the entire requested briefing schedule because the order specified that the Court was granting the motion, rather than partially granting the motion.

If this understanding was incorrect, Plaintiff's counsel apologizes and requests two weeks

up to and including August 11, 2025 in order to properly oppose Defendant's motion to dismiss

or otherwise amend the operative complaint in this matter.


                                        Respectfully submitted,


Dated: July 28, 2025                    **BURSOR & FISHER, P.A.**

                                        By: */s/ Julian C. Diamond*
                                            Julian C. Diamond

                                        Joseph I. Marchese*
                                        Matthew A. Girardi*
                                        Julian C. Diamond*
                                        1330 Avenue of the Americas, 32nd Floor
                                        New York, NY 10019
                                        Telephone: (646) 837-7150
                                        Facsimile: (212) 989-9163
                                        Email: jmarchese@bursor.com
                                               mgirardi@bursor.com
                                               jdiamond@bursor.com

                                        **BIRNBAUM & GODKIN, LLP**
                                        David S. Godkin (BBO #196530)
                                        James E. Kruzer (BBO #670827)
                                        1 Marina Park Drive, Suite 1410
                                        Boston, MA 02210
                                        Telephone: (617) 307-6100
                                        Email:  godkin@birnbaumgodkin.com
                                                kruzer@birnbaumgodkin.com

                                        *Attorneys for Plaintiff*

                                        ***Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 28, 2025, a true and accurate copy of the above document was served via ECF upon all counsel of record for Defendant.

/s/ <em>Julian C. Diamond</em>

Julian C. Diamond