# United States Court of Appeals
## For the First Circuit

No. 26-1044

KOREY CRANE, individually and on behalf of all others similarly situated,

Plaintiff - Appellant.

v.

THE CHEESECAKE FACTORY INCORPORATED,

Defendant - Appellee.

**JUDGMENT**

Entered: January 28, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1).

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
David S. Godkin
James E. Kruzer
Joseph I. Marchese
Matthew A. Girardi
Julian Cole Diamond
Jonathan D. Persky